# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| VINCENT VINCI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br>     Plaintiff,<br>    v.<br>FEDERAL NATIONAL MORTGAGE ASSOCIATION OPERATING AS FANNIE MAE, FRANKLIN RAINES, J. TIMOTHY HOWARD AND LEANNE G. SPENCER,<br>     Defendants. | CASE NUMBER: . 1:04CV01639 (LEON) |
| FRIENDS OF ARIEL CENTER FOR POLICY RESEARCH, INDIVIDUALLY AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED,<br>     Plaintiff,<br>    v.<br>FANNIE MAE, F.N.A. FEDERAL NATIONAL HOME LOAN MORTGAGE CORPORATION, J. TIMOTHY HOWARD, FRANKLIN D. RAINES AND DANIEL H. MUDD,<br>     Defendants. | CASE NUMBER: 1:04CV01645 (LEON) |
| CLIFFORD SCHAFER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>     Plaintiff<br>    v.<br>FEDERAL NATIONAL MORTGAGE ASSOCIATION (OPERATING AS FANNIE MAE), FRANKLIN RAINES, J. TIMOTHY HOWARD, and LEANNE G. SPENCER,<br>     Defendants. | CASE NUMBER: 1:04CV01659 (LEON) |

CARL PETERSON and DIANA PETERSON, )
INDIVIDUALLY AND ON )
BEHALF OF ALL OTHERS SIMILARLY )
SITUATED, )
                Plaintiffs, )
                  v. )      CASE NUMBER: 1:04CV01676
FEDERAL NATIONAL MORTGAGE )      (LEON)
ASSOCIATION (OPERATING AS FANNIE )
MAE), FRANKLIN RAINES, J. TIMOTHY )
HOWARD, and LEANNE G. SPENCER, )
                Defendants. )
                            )
_____)

WARREN PINCHUCK, INDIVIDUALLY )
AND ON BEHALF OF ALL )
OTHERS SIMILARLY SITUATED, )
                Plaintiff, )
                  v. )      CASE NUMBER: 1:04CV01686
FEDERAL NATIONAL MORTGAGE )      (LEON)
ASSOCIATION (OPERATING AS FANNIE )
MAE), FRANKLIN RAINES, J. TIMOTHY )
HOWARD, and LEANNE G. )
SPENCER, )
                Defendants. )
_____)

TODD LESK, INDIVIDUALLY AND ON )
BEHALF OF ALL OTHERS SIMILARLY )
SITUATED, )
                Plaintiff, )
                  v. )      CASE NUMBER: 1:04CV01747
FEDERAL NATIONAL MORTGAGE )      (LEON)
ASSOCIATION (OPERATING AS FANNIE )
MAE), FRANKLIN RAINES, J. TIMOTHY )
HOWARD, and LEANNE G. SPENCER, )
                Defendants. )
_____)

ANNE E. FLYNN and ROBERT L. GARBER, as )
CUSTODIAN FOR MICHAEL SAUL GARBER, )
UTMA-PA, INDIVIDUALLY AND ON BEHALF )
OF THEMSELVES AND ALL OTHERS )
SIMILARLY SITUATED, )
                Plaintiffs, )
                  v. )      CASE NUMBER: 1:04CV01843
FANNIE MAE, F.N.A. FEDERAL NATIONAL )      (LEON)
MORTGAGE ASSOCIATION, J. TIMOTHY )
HOWARD, FRANKLIN D. RAINES AND )
DANIEL H. MUDD )
                Defendants. )
_____)

## MOTION REGARDING ORDER OF CONSOLIDATION AND SCHEDULING

WHEREAS complaints have been filed in each of the above-captioned actions for alleged violations of the federal securities laws;

WHEREAS defendants reserve the right to move against each of the complaints and any consolidated complaint and to assert any defenses, including but not limited to jurisdiction, venue and proper forum;

WHEREAS defendants reserve the right to oppose any motion for class certification; and

WHEREAS the parties, through their counsel, stipulate and agree, and move this Court to enter, the Proposed Order of Consolidation and Scheduling attached as Appendix A.

The parties further stipulate and agree that defendants' time to answer, move or otherwise plead is adjourned pending the entry of the Proposed Order of Consolidation and Scheduling and thereafter will be governed by the terms of that Order.

Respectfully submitted,

**ON BEHALF OF PLAINTIFFS**

Daniel S. Sommers (D.C. Bar No. 416549)
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500 West
Washington, DC 20005-3964
T: 202/408-4600
F: 202/408-4699

- 1 -

**ON BEHALF OF DEFENDANTS**

_____

Counsel for Defendant Fannie Mae
John Beisner (D.C. Bar No. 320747)
Jeffrey W. Kilduff (D.C. Bar No. 426632)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006
T:  202/383-5300
F:  202/383-5414

Seth Aronson
O'Melveny & Myers LLP
400 South Hope Street, 15th Floor
Los Angeles, CA  90071-2899
T:  213/430-6000
F:  213/430-6407

Counsel for Defendant Franklin D. Raines
Kevin M. Downey (D.C. Bar No. 438547)
Joseph M. Terry (D.C. Bar No. 473095)
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005-5901
T:  202/434-5000
F:  202/434-4029

Counsel for Defendant J. Timothy Howard
Edward B Horahan III, (D.C. Bar No. 243022)
Dechert LLP
1775 Eye Street, N.W.
Washington, DC  20006-2401
T:  202/261-3300
F:  202/261-3333

Counsel for Defendant Leanne G. Spencer
David S. Krakoff (D.C. Bar No. 229641)
Mark W. Ryan (D.C. Bar No. 359098)
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC  20006-1101
T:  202/263-3000
F:  202/263-3300

Counsel for Defendant Daniel H. Mudd
James D. Wareham (D.C. Bar No. 411799)
Paul, Hastings, Janofsky & Walker LLP
1299 Pennsylvania Avenue, N.W., 10th Floor
Washington, DC  20004
T:  202/508-9511
F:  202/508-8545

**Appendix A**

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VINCENT VINCI, INDIVIDUALLY ) <br> AND ON BEHALF OF ALL OTHERS ) <br> SIMILARLY SITUATED ) <br>             Plaintiff, ) <br>       v. ) <br> FEDERAL NATIONAL MORTGAGE ) <br> ASSOCIATION OPERATING AS FANNIE MAE, ) <br> FRANKLIN RAINES, J. TIMOTHY HOWARD ) <br> AND LEANNE G. SPENCER, ) <br>             Defendants. ) | CASE NUMBER: . 1:04CV01639 <br> (LEON) |

VINCENT VINCI, INDIVIDUALLY
 AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED
         Plaintiff,
     v.
FEDERAL NATIONAL MORTGAGE
ASSOCIATION OPERATING AS FANNIE MAE,
FRANKLIN RAINES, J. TIMOTHY HOWARD
AND LEANNE G. SPENCER,
         Defendants.

CASE NUMBER: . 1:04CV01639
(LEON)

FRIENDS OF ARIEL CENTER FOR POLICY
RESEARCH, INDIVIDUALLY AND ON
BEHALF OF ALL OTHER SIMILARLY
SITUATED,
         Plaintiff,
     v.
FANNIE MAE, F.N.A. FEDERAL NATIONAL
HOME LOAN MORTGAGE CORPORATION,
J. TIMOTHY HOWARD, FRANKLIN D. RAINES
AND DANIEL H. MUDD,
         Defendants.

CASE NUMBER: 1:04CV01645
(LEON)

CLIFFORD SCHAFER, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,
         Plaintiff
     v.
FEDERAL NATIONAL MORTGAGE
ASSOCIATION (OPERATING AS FANNIE
MAE), FRANKLIN RAINES, J. TIMOTHY
HOWARD, and LEANNE G. SPENCER,
         Defendants.

CASE NUMBER: 1:04CV01659
(LEON)

CARL PETERSON and DIANA PETERSON, )
INDIVIDUALLY AND ON )
BEHALF OF ALL OTHERS SIMILARLY )
SITUATED, )
                 Plaintiffs, )
          v. )    CASE NUMBER: 1:04CV01676
FEDERAL NATIONAL MORTGAGE )    (LEON)
ASSOCIATION (OPERATING AS FANNIE )
MAE), FRANKLIN RAINES, J. TIMOTHY )
HOWARD, and LEANNE G. SPENCER, )
                Defendants. )
_____)

WARREN PINCHUCK, INDIVIDUALLY )
AND ON BEHALF OF ALL )
OTHERS SIMILARLY SITUATED, )
               Plaintiff, )
          v. )    CASE NUMBER: 1:04CV01686
FEDERAL NATIONAL MORTGAGE )    (LEON)
ASSOCIATION (OPERATING AS FANNIE )
MAE), FRANKLIN RAINES, J. TIMOTHY )
HOWARD, and LEANNE G. )
SPENCER, )
                Defendants. )
_____)

TODD LESK, INDIVIDUALLY AND ON )
BEHALF OF ALL OTHERS SIMILARLY )
SITUATED, )
               Plaintiff, )
          v. )    CASE NUMBER: 1:04CV01747
FEDERAL NATIONAL MORTGAGE )    (LEON)
ASSOCIATION (OPERATING AS FANNIE )
MAE), FRANKLIN RAINES, J. TIMOTHY )
HOWARD, and LEANNE G. SPENCER, )
                Defendants. )
_____)

ANNE E. FLYNN and ROBERT L. GARBER, as )
CUSTODIAN FOR MICHAEL SAUL GARBER, )
UTMA-PA, INDIVIDUALLY AND ON BEHALF )
OF THEMSELVES AND ALL OTHERS )
SIMILARLY SITUATED, )
               Plaintiffs, )
          v. )    CASE NUMBER: 1:04CV01843
FANNIE MAE, F.N.A. FEDERAL NATIONAL )    (LEON)
MORTGAGE ASSOCIATION, J. TIMOTHY )
HOWARD, FRANKLIN D. RAINES AND )
DANIEL H. MUDD )
                Defendants. )
_____)

## [PROPOSED] ORDER

THIS MATTER COMES BEFORE THE COURT on the Joint Motion of Plaintiffs and Defendants Federal National Mortgage Association ("Fannie Mae"), Franklin D. Raines, J. Timothy Howard, Leanne G. Spencer, and Daniel H. Mudd to consolidate these related cases and establish a briefing schedule in the consolidated matter.  It is hereby

ORDERED

1.     The following cases, currently pending before this Court, are hereby consolidated for all purposes under Civil Action No. 1:04CV01639, and shall forthwith be captioned "*In re Fannie Mae Securities Litigation*":

    a.     *Vinci v. Federal National Mortgage Association,* No.:  1:04CV01639

    b.     *Friends of Ariel Center For Policy Research v. Fannie Mae,*
       No.:  1:04CV01645

    c.     *Schafer v. Federal National Mortgage Association,* No.  1:04CV01659

    d.     *Peterson v. Federal National Mortgage Association,*
       No.  1:04CV01676

    e.     *Pinchuck v. Federal National Mortgage Association,*
       No.  1:04CV01686

    f.     *Lesk v. Federal National Mortgage Association,* No.  1:04CV01747

    g.     *Flynn v. Fannie Mae,* No. 1:04CV01843

2.     The Clerk of the Court shall maintain a Master Docket and case file under the caption "*In re Fannie Mae Securities Litigation*, Master Civil Action No. 1:04CV01639." All orders, pleadings, motions and other documents shall, when filed and docketed in the master case file, be deemed filed and docketed in each constituent action to the extent applicable.  When an order, pleading, motion or document is filed with a caption indicating that it is applicable to fewer than all of these consolidated actions, the Clerk should file such pleadings in the Master File and note such filing in the Master Docket and in the docket of

each action referred.

3.    Any action involving substantially related questions of law and fact hereafter filed in or transferred to this Court, shall be consolidated under the master file number assigned to this case.

4.    <u>Later Filed Cases</u>. The terms of this Order apply to actions later instituted in, removed to, or transferred to this Court that involve claims on behalf of the purchasers of Fannie Mae securities and that are related to the claims of plaintiffs in these consolidated cases, under the following procedures:

a.    When such case is filed in, removed to, or transferred to this Court, the Clerk of the Court will:

(i)    place a copy of this Order in the separate file for such action;

(ii)    mail or otherwise forward a copy of this Order to counsel for plaintiffs and counsel for defendants; and

(iii)    make an appropriate notation in the Master Docket.

b.    This Order will apply to each such case that arises out of or is related to the same common nucleus of fact, subsequently instituted in, removed to, or transferred to this Court, unless a party objecting to the consolidation of such case or to any other provision of this Order files, within ten (10) days after the date upon which a copy of this Order is mailed to counsel for such party, an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

5.    Defendants Fannie Mae, Franklin D. Raines, J. Timothy Howard, Leanne G. Spencer and Daniel H. Mudd have agreed to accept service of process through counsel and agree to waive any defenses with respect to sufficiency of service of process in the cases listed in paragraph 1.

6.    <u>Briefing Schedule</u>. No defendant is required to answer, move or otherwise respond to any of the initial complaints filed in the consolidated actions. Lead plaintiff(s) shall serve upon defendants a single, consolidated amended class action complaint (the "Consolidated Complaint") as set forth below. The following schedule shall control in the consolidated action:

a.    The Consolidated Complaint shall be filed sixty (60) days from entry of the order appointing lead plaintiff(s);

b.    Defendants shall file their responsive pleading within sixty (60) days after service of the Consolidated Complaint; and

c.    If defendants file a motion as a responsive pleading, opposition papers shall be filed sixty (60) days after service of the motion and reply papers shall be filed thirty (30) days after service of plaintiffs' opposition papers.

d.    The requirements of Local Civil Rule 23.1(b) are waived. Plaintiff(s) shall file a motion for class certification pursuant to future order of the Court.

7.    <u>Effect of Order</u>. The terms of this Order shall not have the effect of making any person, firm or corporation a party to any action in which he, she or it has not been named, served or added as such, in accordance with the Federal Rules of Civil Procedure.

Nothing in this Order shall prejudice defendants' right to move against the Consolidated Complaint or assert any defense on any grounds.

SO ORDERED this ____ day of _____, 2004.


_____
Richard J. Leon
United States District Court Judge

## CERTIFICATE OF SERVICE

I, Jeffrey W. Kilduff, hereby certify that on this 28th day of October, 2004, I caused

true and correct copies of the foregoing Motion Regarding Order of Consolidation and

Scheduling and Proposed Order to be served on the following counsel via first class mail:

Jeffrey W. Kilduff

Counsel for Plaintiffs
Daniel S. Sommers
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500 West
Washington, DC  20005-3964

Counsel for Defendant Franklin D. Raines
Kevin M. Downey
Joseph M. Terry
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005-5901

Counsel for Defendant J. Timothy Howard
Edward B Horahan III
Dechert LLP
1775 Eye Street, N.W.
Washington, DC  20006-2401

Counsel for Defendant Leanne G. Spencer
David S. Krakoff
Mark W. Ryan
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC  20006-1101

Counsel for Defendant Daniel H. Mudd
James D. Wareham
Paul, Hastings, Janofsky & Walker LLP
1299 Pennsylvania Avenue, N.W., 10th Floor
Washington, DC  20004

DC1:602378.1