# EXHIBIT 8

**_ForensicsConsulting_**
_Solutions, LLC._

# Office of Federal Housing Enterprise Oversight (OFHEO)
# Fannie Mae e-Discovery Assessment

Preliminary Report Date: March 8, 2007
By:
Kelly J. "KJ" Kuchta



# Table of Contents

Table of Contents ...................................................................................................................2
Objective ...............................................................................................................................3
Findings ................................................................................................................................3
   OFHEO Information Technology Environment ...................................................................3
      Hardware ...................................................................................................................3
      Software ....................................................................................................................3
      Policies .....................................................................................................................3
   Active Data ......................................................................................................................5
      Email .........................................................................................................................5
      Share Network Space ...............................................................................................5
   Back-up Tapes ................................................................................................................6
   Data sources and volumes: Custodian & Share Network Space .....................................6
      Custodians ................................................................................................................6
      Relevant Time Periods ..............................................................................................7
      Roaming Profiles .......................................................................................................8
      Current Email on Exchange Server ...........................................................................8
      "U" or User Drive .....................................................................................................8
      "S" or Shared Drive ..................................................................................................8
      "O" or Office (Synonymous with Departmental) Drive ................................................8
      Back-up Tapes ..........................................................................................................9
      Internet Storage ........................................................................................................9
      Internet Website ......................................................................................................10
      Databases ...............................................................................................................10
      Document Management Systems ..............................................................................10
      Home Computers .....................................................................................................10
      Data Sample Sizes ..................................................................................................10
   Estimated Volumes ........................................................................................................17
      Active Data ..............................................................................................................17
      Back-up Tape Data ..................................................................................................17
Potential Solutions & Estimated Costs .................................................................................18
   Summary of Cost ...........................................................................................................23
      Conclusions ............................................................................................................24
      Next Steps ...............................................................................................................24



# Objective

Forensics Consulting Solutions ("FCS") has created this Preliminary Assessment Report to provide accurate information about the nature and scope of the OFHEO Information Technology environment. The information will be used to identify the best Electronic Discovery solutions along with the estimated Electronic Discovery costs.   Key decisions about preservation, process, cost and results can be made in creating a Final Electronic Discovery Plan.

# Findings

## OFHEO Information Technology Environment

The OFHEO Information Technology (IT) environment is maintained by a very competent staff of IT professionals who have an excellent grasp of how their network was built and is maintained.  They maintain an excellent set of records and can find information readily.   Information that was given in the Assessment matched the application of technology found in the day to day operation of OFHEO.

The physical footprint of the OFHEO network is as follows:  All Custodians work out of the Washington, DC area.  The network infrastructure is located at OFHEO Headquarters, Sterling, VA (Hot Site), Herndon, VA (SunGard alternate work site), Fannie Mae (Washington, DC), Freddie Mac (McLean, VA) (GSE Network – Extension of Network so that examiners have access to OFHEO's network during on-site examinations at the Enterprises), and Columbia, MD (Back-up Tapes at Iron Mountain in Columbia, MD).

## Hardware

The OFHEO network is made up of a server environment that utilizes Microsoft Windows Server 2003 and Solaris and is attached to a Cluster Network Storage File Store (Data Warehouse) which provides the proper environment to support the Agency.  Each employee is provided a laptop computer and/or is assigned to a workstation that is equipped with a Desktop computer.  Dell is the maker of the new desktop/laptop computers that each employee is using.

Users are not permitted to use removable media such as USB or Flash Media on the OFHEO network.

## Software

The OFHEO network uses Microsoft Windows 2003 as its operating system and Microsoft Office products in its operation.  Windows XP is installed on each Laptop/Desktop computer.  OFHEO also utilizes Oracle systems for mission critical aspects of its operations and is addressed in more comprehensive detail in the section below.

## Policies

The Disaster Recovery Plan is configured as follows:  Each employee in the Agency is given a roaming profile to access the OFHEO network.   A Roaming Profile provides a user with the ability to have their customized user settings and preferences delivered to any computer within a network such as OFHEO's.   A Roaming Profile is used to preserve a user's configuration (desktop, background, etc) and present the user with an identical environment on any computer the user logs on.  These settings and preferences are saved on the network rather than the computer that is being used.  In the OFHEO network, the default folder or directory setting is set to save data on the "U" Drive.  This process directs the behavior of OFHEO users and facilitates



systematic Disaster Recovery. Users are also instructed to save all of their data to the network (where it is backed-up on a regular basis) rather than the hard drive of the local desktop/laptop computer. The roaming profile allows each user to have access to their data from anywhere inside the OFHEO network. When the user logs in to the network, the network tracks all activities and information the user has utilized or saved. In essence, each user who logs in with their OFHEO log-in ID is provided instant access to their Email and data no matter which computer the user is utilizing for access or the location of the computer. During the shutdown of the individual computer, a full synchronization or copying is performed with the OFHEO network. The next time the user logs into the network, they will have access to their documents and data from each previous usage of their profile.

This process facilitates the disaster recovery plan because all of the data is saved to the central location on the network. On a near real-time basis, certain mission critical data on the OFHEO network is automatically replicated to OFHEO's Hot Site in Sterling, VA. This includes OFHEO's Email and Windows file systems. On a weekly basis, a full backup of the entire network is performed and the tapes are then logged into Iron Mountain's Secure Sync Application (as of December of 2005) and sent to the Iron Mountain storage facility in Columbia, MD.

The policy for Email is that an employee's inbox cannot exceed 250 MB's in size. To help administer this policy, the Email application has been set-up to "Auto Archive" any Email that is more than four months old. The policy is to save the archive to the network ("U" Drive), although the user can elect to save this archive to any location. Auto archiving occurs every seven days and Email that is deleted by the user is saved on the information store for 30 days. After 30 days the email is deleted from the Exchange Email System. The Email system is included in the network Back-up that occurs on a weekly basis.

When an employee is separating from OFHEO, Human Resources will send an Email to OFHEO IT Help Desk informing them of the separation. Separating employees are instructed by their Manager to Archive all Email and documents to the "O" or Office (synonymous with Department) Drive. Under normal operating conditions, the manager would have 30 days to review and save the data that was to be retained. Since the preservation notice has been given, no deletions have taken place or will take place until the preservation notice has been released.

Employees that do not have a laptop computer can access the OFHEO network with the proper Virtual Private Network (VPN) software installed on the computer they are using. With this configuration, employees can utilize their home computer to access Email and work on documents from outside the network. Each custodian will be interviewed to determine if a computer in their possession has been used in this capacity. If so, an acquisition or harvest may need to be made of their home computer.

OFHEO's current use of Back-up tapes provides a systemic disaster recovery vehicle in case of emergency. OFHEO's Back-up ape system is designed to recover the entire contents and infrastructure of the OFHEO network in one fluid motion. Using Back-up tapes to recover selected segments of data creates a level of complexity that is extremely hard to manage, especially with Back-up tapes that are older than the current network architecture.

Furthermore, the process of making a Back-up of data on a network on a repeated basis will capture the historical data that was captured on the previous Back-up. Depending on how far back in the past the Back-up tapes are examined, the percentage of new and unique data over a series of Back-ups can be less than one (1%) or two (2%) percent. Therefore, when the Back-up tapes are restored for Disaster Recovery purposes, a single set of Back-up tapes will be selected from a specific relevant date. Restoration of Back-up tapes for multiple time periods would not be of value in a Disaster Recovery context.



## *Active Data*

Active data on the OFHEO network is defined as data on each user's desktop/laptop computer, Microsoft Exchange Server Email,  the user's roaming profile, the "U" or User Drive, the "S" Share Drive & "O" Office (synonymous with Department) Drive.

### Email

OFHEO's Email system is currently utilizing Microsoft Exchange 2003.  In 2005, OFHEO migrated from Microsoft Exchange 5.5 to Microsoft Exchange 2003.  Microsoft Exchange 5.5 was used from 2000 to 2005.  Prior to using MS Exchange 5.5, OFHEO was using Microsoft Mail 3.2.  During all migrations, Email within the PST or Microsoft Email folder was migrated into the newer version of Email.  Public folders are utilized and are broken down by department or in OFHEO terminology, The Office.

### Share Network Space

*Roaming Profile Network Space* – OFHEO provides its users with a roaming profile.  The roaming profile allows a user to login to a computer inside of the OFHEO network and get access to the user's Email and data on the OFHEO network.   In order to provide this service, each User must have a roaming profile created which contains the potentially responsive information.  This data is captured in the Back-up tape retention program.

*Personal or User Network space* – "U" Drive is set-up to provide a user the ability to store and Back-up their individual data in a common location.  Users are instructed to use this space as their personal storage space.  This data is captured in the Back-up tape retention program.

- OFHEO IT staff can identify PST's by the user name and path information.
- User folders can be identified by custodian and selectively harvested in the targeted manner.

*Shared Network space* – "S" Drive is the shared or common network space that is designed to be shared across the entire OFHEO organization. This area is used as a common location for sharing files and folders used by multiple offices or departments.  OFHEO requires that when an Employee wants to create a "Shared" folder on the "S" Drive a request form must be submitted to the Information Technology group.  The folder will be created and the Employee will become the "Owner" of the folder. This data is captured in the Back-up tape retention program.

- In 2003, owners were assigned to each folder and the IT Department has a log of each owner of a "S" Drive folder.
- Using this logging information will provide the ability to selectively harvest in a targeted manner.

*Office Network space* – "O" Drive is used by departments to share documents by work groups, to collaborate, distribute and exchange information or data. Each folder corresponds with a particular department and the size of data volume has been provided.  At a later time, data from specific areas can be identified by a department to provide a more targeted approach to specific responsive data.  This data is captured in the Back-up tape retention program.

- Selectively harvesting of data in the targeted manner can be accomplished by identification of relevant Departmental (or Office) Folders that possess identified information



## *Back-up Tapes*

LTO3 Back-up tapes is the current media type that is used to store data.  Symantec (formerly Veritas) Netbackup Datacenter is the agent or tape backup software that is currently being used.  Prior to 2002, OFHEO did not have an on-going disaster recovery and network backup strategy in place; therefore there are no backup tapes prior to 2002.  OFHEO created and sent its first weekly Back-up tapes to Iron Mountain on October 28, 2002.  No further Back-up tapes were made between November, 2002 and March, 2003.   On April 9, 2003, OFHEO began to perform regularly scheduled shipment of weekly Back-up tapes to Iron Mountain.  OFHEO records indicate that on May 15, 2005, it moved from AIT Media to LTO format technology on its Back-up tapes.  Back-up tapes are utilized for disaster recovery protection purposes, and are not organized to provide easy identification by creation time, author or content. Some other facts:

- 15 tapes are currently used during full back up
- Backups are made on the full network
- Backups run nightly to disk
- Full tape backups run at end of week, starting on Friday
- Network shares backup
- Exchange backup

## *Data sources and volumes: Custodian & Share Network Space*

### Custodians

OFEHO and its Legal Counsel have identified potentially 70 Custodians who might conceivably be in possession of responsive data.   Additional custodians will be supplemented as they are identified.  Those individuals are:

1. Barton, Jimmy
2. Berg, Kathleen
3. Berkland, Dan
4. Blumenthal, Steve
5. Brereton, Peter
6. Calhoun, Peter
7. Calhoun, Scott
8. Connelly, Carol
9. Corona, Stephen
10. Davis, Sherman
11. Deleo, Wanda
12. Dennis, Allicia
13. Dewey, Anne
14. Dickerson, Chris
15. Dion, Tina
16. Dougherty, Brian
17. Drake, Emily
18. Falcon, Armando
19. Felt, David
20. Gedi, Yusuf
21. Hanley, Joanne
22. Hart, Stephen
23. Hull, Everson
24. Igo, James



25. Jacobs, Susan
26. Jacobson, Michael
27. Johnson, Mary
28. Keen, Jeff
29. Kerr, John
30. Kinsey, Mark
31. Kvartunas, Deirdre
32. Lawler, Patrick
33. Loeffler, Thomas
34. Markowitz, Alan
35. McNaughton, Emily
36. McNicholas, John
37. Millman, Phillip
38. Mohammad, Abdul
39. Montoya, Bobbi
40. Mullin, Stephanie
41. Murphy, Lezell
42. Murphy, Michelle
43. Murphy, Steve
44. O'Connor, Richard
45. Pearl, David
46. Pinkepank, Gail
47. Pollard, Alfred
48. Ratchford, Jeanne
49. Reagan, Woody
50. Reid, Charlotte
51. Reid, Leonard
52. Roberts, Toi
53. Roderor, David
54. Ruseski, Tom
55. Russell, Corrinee
56. Satriano, Nick
57. Schwing, Jamie
58. Stauffer, Lawrence
59. Stiebeck, Diana
60. Taylor, Mary
61. Thaxton, Sarah
62. Tunis, Nancy
63. Varrieur, Andrew
64. Walker, Jeffrey
65. Wallas, Michael
66. Weidman, Stan
67. Williams, Veronica
68. Wilson, Paul
69. Wright, Charmaine
70. Wright, Frank

## Relevant Time Periods

The preliminary time periods we have been asked to consider for the matter does not have a starting date and will include data up to March 1, 2007.



## Roaming Profiles

Here are some specific details about the "Roaming Profile Network Space":

- Approx size 65.8 GB, 97,000 Folders, and 1,000,000 Files.


## Current Email on Exchange Server

Specific details about the Email on the Exchange Server are:

- The current Private Information Store contains 27 GB's of Email data.
- The Public Information Store contains 1.3 GB's of Email data.
- There are approximately 230 Employees of OFHEO. Dividing the total number of Employees by the total Email storage space reveals that the average mailbox size is approximately 133 MB's in size.


## "U" or User Drive
Some specific details about the "U" Drive are:

- Approximate size:  400 GB, 73,000 Folders, 816,000 Files.
- There is a total of 1,188 PST's which have been saved to the "U" Drive.
- The approximate size of the 70 Custodians User Folders or "U" Drive is 86.216 GB.


## "S" or Shared Drive

Some specific details about the "S" Drive are:

- The total data size of the "S" Drive is approximately 65.5 GB, 20,000 Folders, and 234,000 Files.
- OFHEO has identified that there are thirteen (13) potentially relevant folders on the "S" Drive and their total data size is 14.115 GB's of data. The names of the folders are as follows:
  - Compliance Unit
  - Capital Adequacy Best Practices
  - Paul Weiss Report
  - Conseco
  - Reportable Legal Proceedings
  - OC IO-PO
  - Document Discovery
  - Document Discovery II
  - Economic Indicators
  - Financial Performance Analysis
  - FNME Consent Orders
  - Security Filings
  - SEU 2006 Word


## "O" or Office (Synonymous with Departmental) Drive

Here are some specific details about the "O" Drive:



- Approximate size 151 GB, 24,000 Folders, 496,000 Files.

Lists of the Folders are as follows:

| Office | Folder Name |
|---|---|
| Office of Budget & Financial Management | OBFM |
| Office of Compliance | OC |
| Office of Chief Accountant | OCA |
| Office of Capital Supervision | OCS |
| Office of the Director (the OFHEO Director) | OD |
| Office of Examination | OE |
| Office of the Executive Director | OED |
| Office of External Relations | OER |
| Office of General Counsel | OGC |
| Office of Human Resources Management | OHRM |
| Office of Technology and Information Management (successor to OIT) | OTIM |
| Office of Policy and Research | OPAR |
| Office of Strategic Planning and Management | OSPM |

Using the list of custodians that OFHEO has identified, two folders have been identified that did not have any representative custodians listed.  These two folders are the Office of Human Resources Management and the Office of Technology and Information Management (successor to OIT).  Because of the absence of relevant custodians from these departments or offices, the assumption was made that these folders do not contain responsive data.  After removing them from consideration, there is a total of 133.459 GB's of data that can be searched for potentially responsive data.

The folder information should be used to identify responsive information or documents within the folder system of the "O" Drive.  In reverse, Folders that are clearly not responsive should be eliminated from search and processing.

## Back-up Tapes

A weekly full Back-up tape at OFHEO captures approximately 11 TB's of data.  This includes all databases (Oracle), Email, roaming profiles, "U", "S" & "O" Drives.  Most of this data is not responsive because it is comprised of system files, databases and other applications that are mission critical to OFHEO's internal operations.  Accordingly this data does not contain any useful information and can be systemically eliminated from consideration.

Eliminating this data, there remain approximately 728 GB's (or seven percent [7%] of the total data that is on the Back-up tapes) of data from the network space outlined above.

## Internet Storage

OFHEO has never utilized outside Internet Storage solutions.



## Internet Website

The official OFEHO website has documents that are accessible to the public at http://www.ofheo.gov/. Because of public accessibility, these documents are not part of this assessment.

## Databases

OFHEO utilizes **Oracle** databases to maintain its operations on a daily bases.  Oracle is a large enterprise class database system that is typically used to manage operational information about the inter-working of an organization.  There may be Security, Accounting, Human Resource Management and Information Technology modules that utilize its databases to operate in an efficient way.  OFHEO does not use Oracle in such a way that the data contained in these databases will contain any responsive information.   These sources of data will not be considered unless FCS is instructed otherwise.  FCS has not included this data source in any of its estimates.   Based on the William & Connolly letter dated February 18, 2007 requesting specific Electronically Store Information, the Oracle Database does not have any responsive data in its system.

## Document Management Systems

OFHEO is currently using Document Management System on a limited base.  Listed below is a complete list of all systems OFHEO is using within the Document Management System:

**X Works** – In November of 2005, Examiner Workstation was created to hold documentation that examiners want to preserve.  X-Works utilizes the File Net database engine for X-Works.  In April of 2006, it was brought on-line and made available to be used going forward.  This document management systems currently contains approximately 18 GB's of data.

The identified time period of the matter dictates that this Document Management System will need to be searched for data.  This search may be accomplished by writing a query and providing a report or a manual review of documents and data.  *FCS has not included this data source in any of its estimates.*

**INET** - This repository was used to store annual examination documentation (work papers) prior to X-Works (addressed above).  OFHEO considers the INET database /document management systems to be its legacy system prior to the development of X Works.  The repository has been searched and responsive documents were produced in December, 2006.  *FCS has not included this data source in any of its estimates.*

## Home Computers

Home computers are an unlikely source of responsive data. During custodial interviews regarding the discovery request; however, each custodian will be asked if they have ever conducted official business on their home computer.  Depending on the responses provided, data from home computers may be acquired and reviewed for responsiveness.

## Data Sample Sizes

FCS or the service provider will identify office documents and documents created on or before March 1, 2007 as part of the search and retrieval efforts.

FCS was asked preliminarily to consider the keywords provided in the Williams & Connolly letter to search active data files for the three custodians.   We have listed the Boolean logic and the actual search query that was used to derive the metrics in this report.  A timeline analysis was conducted on all documents that



matched the keywords; the time distribution used for this analysis used the "modified date" as the date the document was created.

FCS made forensic images of the laptop computers from Deirdre Kvartunas, Carol Connelly and Chris Dickerson.  FCS also acquired the roaming profile and "U" Drive data from each of these custodians.   Analysis of the three custodians data reveals an average of 3 GB's of data for each custodian can be expected from the personal computer, roaming profile and "U" Drive.  Additional metrics from this analysis are:

Active Data Sampled for the three custodians is as follows:

- Average data size of each custodian is 3 Gigabytes of data.
- 25% De-duplication rate.
- 2% Near De-Duplication rate.
- Timeline analysis reveals that data from the late 1990's is present within all custodians.
- The percentage of documents (and number of documents) that had keyword (keywords utilized for this initial analysis were taken the February 18th, 2007 William & Connolly Letter) matches or other related documents and volumes of documents by year were as follows:
    - Chris Dickerson
        - "U" Drive Folder is 3.84 GB's in size.
        - Roaming Profile is 37.0 MB's in size.
        - Keywords used to search data: (Raines) or (Frank) or (Frank Raines) or (Franklin D. Raines) or (FDR) or (Wanda) or (DeLeo) or (Wanda DeLeo) or (Howard) or (J. Timothy Howard) or (Timothy Howard) or (Tim Howard) or (Spencer) or (Leanne Spencer) or (Mark Kinsey) or (Kinsey) or (Jimmy Barton) or (Barton) or (Anne Dewey) or (Dewey) or (Patrick Lawler) or (Lawler) or (Alfred Pollard) or (Pollard) or (Leonard Reid) or (Reid) or (John Kerr) or (Kerr) or (Scott Calhoun) or (Calhoun) or (Bond) or (Christopher Bond) or (Christopher S. Bond) or (Kit  Bond) or ( Barney Frank) or (Congressman) or (Senator) or (Inspector General) or (IG) or (Kamark) or (Kamarck) or (confidential witness) or (CW) or (anonymous) or (new OFHEO) or (nightstick) or (submit w/3 will) or (restate) or (restatement) or (adversarial) or (security regulator) or (wdeleo@ofheo.gov) or (jbarton@ofheo.gov) or (adewey-balzhiser@ofheo.gov) or (plawler@ofheo.gov) or (apollard@ofheo.gov) or (lreid@ofheo.gov) or (<u>john.kerr@ofheo.gov</u>).
        - 35% (10,442 documents and their family members) of all eligible business documents matched the keywords provided.
        - Keyword matched and % of Documents by year 1999 – 84%; 2000 – 4%; 2001 –  >1%, 2002 – 2%, 2003 – 8%, 2004 – > 1%, 2005 – > 1% & 2006 - > 1%.
    - Carol Connolly
        - "U" Drive Folder is 1.08 GB's in size.
        - Roaming Profile is 83.7 MB's in size.
        - Keywords used to search data:  (Fannie) or (Fannie Mae) or (capital) or (minimal capital) or (undercapitalized) or (credit risk) or (insurance) or (AIMS) or (Audit Information Management) or (internal audit) or (Rajappa) or (Eilers) or (Board) or (Directors) or (safety) or (safe) or (soundness) or (sound) or (corporate objectives) or (guarantee fee) or (STIS) or (LIHTC) or (REMIC) or (finite insurance) or (Radian) or (Boyles) or (Financial Standards) or (Office of Auditing) or (Accounting Policy) or (Corporate Governance) or (Quarterly Business Review) or (QBR) or (planning) or (budget) or (Howard) or (J. Timothy Howard) or (Tim Howard).
        - 18% (4,843 documents and their family members) of all eligible business documents matched the keywords provided.
        - Keyword matched and % of Documents by year  1999 – 87%; 2000 – 3%; 2001 –  6%, 2002 – > 4%, 2003 – > 1%, 2004 – > 1%, 2005 – > 1% & 2006 - > 1%.
    - Deidre Kvartunas



- "U" Drive Folder is 1.25 GB's in size.
- Roaming Profile is 642.0 MB's in size.
- Keywords used to search data: (Fannie) or (Fannie Mae) or (FAS 33) or (effectiveness) or (volatility) or (hedge) or (derivative) or (derivatives accounting guideline(s)) or (DAG) (mark-to-market) or (safety) or (safe) or (soundness) or (sound) or (term-out) (contemporaneous) or (ineffectiveness) or (Boyles) or (Jonathan) or (fraud) or (GAAP).
- 12% (2,401 documents and their family members) of all eligible business documents matched the keywords provided.
- Keyword matched and % of Documents by year  1999 – 84%; 2000 – 3%; 2001 –  6%, 2002 – 0%,  2003 – > 1%, 2004 – 2%, 2005 – 5% & 2006 - > 1%.





A summary of the keyword hits by year and file count for all three custodians is compiled above.
A vast majority of the documents which matched the keywords are from 1999, suggesting that the
Active Data is a good source of information for the relevant time periods.

**PLEASE NOTE:**  When a document is found to contain a matching Keyword and it belongs to a family
consisting of an email and three other attachments, the document count will count this as four (4) documents.
FCS calls this email and the three attachments a compound document.





This chart provides a breakout of the keyword matches of the custodian, Chris Dickerson.

**PLEASE NOTE:**  When a document is found to contain a matching Keyword and it belongs to a family consisting of an email and three attachments, the document count will count this as four (4) documents.  FCS calls this email and the three attachments a compound document.





This chart provides a breakout of the keyword matches of the custodian, Carol Connelly.

**PLEASE NOTE:** When a document is found to contain a matching Keyword and it belongs to a family consisting of an email and three attachments, the document count will count this as four (4) documents. FCS calls this email and the three attachments a compound document.





This chart provides a breakout of the keyword matches of the custodian, Deidre Kvartunas.

**PLEASE NOTE:**  When a document is found to contain a matching Keyword and it belongs to a family consisting of an email and three attachments, the document count will count this as four (4) documents.  FCS calls this email and the three attachments a compound document.



## *Estimated Volumes*

Assumptions:
- Approximately 60,000 pages of TIFF images equal One (1) Gigabyte (GB) of data.
- One (1) Terabyte (TB) of Data is 1024 GB's of Data.
- One (1) TB of data is approximately 61,440,000 pages of TIFF images.

## Active Data

| Data Type | Unit Size | Custodians | Data Volume | Total |
|---|---|---|---|---|
| Custodial Data (HD, Roaming Profile & "U" Drive) | 3 GB's | 70 | | 210.000 GB's |
| Active Email Boxes from the Exchange server | 133 MB's | 70 | | 9.092 GB's |
| "S" or Shared Drive (From Data Source Section) | | | 14.115 | 14.115 GB's |
| "O" or Office/Departmental Drives (Select above) | | | 133.459 | 133.459 GB's |
| Total of Active Data | | | | 366.666 GB's |

This is equivalent to 21,999,960 pages of TIFF Images that will need to be searched.

## Back-up Tape Data

If OFHEO requests that Back-up tape data be searched for the identified time period, 70 custodians and the preliminary search terms identified, FCS recommends that it happen in a very controlled manner. The duplicative nature of Back-up tape data will yield a small amount of unique data that has not been captured, and a great amount of redundant or duplicative data.  FCS recommends that a sampling of a select number of representative Back-up tapes from strategic dates be restored and searched.  Potential dates of this effort would be October, 2002 (the first Back-up tape in OFHEO possession); May, 2003; December, 2003; May, 2004; December, 2004; May, 2005; December, 2005; May, 2006; December, 2006; and February, 2007. These dates should be reviewed against a timeline of events and modified as appropriate.  The dates are also subject to the availability of tapes in the proposed timeframe.

Dennis Thaxton, Principal Systems Engineer of OFHEO, has seen a ten fold (1000%) increase in the amount of storage space OFHEO has required since his employment started in June, 2001.  Barring the ability to get actual access to Back-up tape data, FCS recommends that this statistic be used to create an average volume of potentially responsive data on each Back-up tape, as compared to the active data (366.6 GB's of Data). The dates of each Back-up tape and the estimated volume of data on each set is as follows:

| Dates | Estimated Data Volumes |
|---|---|
| November, 2002 | 36.6 GB's |
| May, 2003 | 72.2 GB's |
| December, 2003 | 109.8 GB's |
| May, 2004 | 146.4 GB's |
| December, 2004 | 183.0 GB's |
| May, 2005 | 219.6 GB's |
| December, 2005 | 256.2 GB's |
| May, 2006 | 292.8 GB's |
| December, 2006 | 329.4 GB's |
| February, 2007 | 366.6 GB's |
| *Estimated Total Data Volume from Back-up Tapes* | *2,012.6 GB's* |

This is equivalent to approximately 120,720,000 pages of TIFF Images.



A conservative estimate is that 90% of this data will be a duplicate of the active data found on the OFHEO network today and on the other tapes that have been previously restored.

If additional Back-up tapes restoration and searches are required, the data estimates will substantially increase.   If the number of Back-up tapes restored and searched is doubled, the estimated volume of data would double to 4,025.2 GB's of Data, or approximately 241,512,000 TIFF pages.  It is estimated that upwards of 92% of the contents of the data would be duplicative.

# Potential Solutions & Estimated Costs

There are at least four significant costs components to which make up the expenses of the Electronic Discovery Process.  These costs are: Back-up tape restoration (Not applicable to active data), processing (includes a 3rd party or provider) costs, document conversion (including extracting text and metadata and converting native files into TIFF with bates numbers) costs, and attorney review (time spent reviewing document multiplied by the hourly rate) costs. Note that attorney review does not include time and expenses associated with OFHEO or outside counsel pertinent to this project. This section will provide analysis of these estimated costs for this project.  The following definitions apply to the graphs in this section:

Back-up Tape Restoration Costs = Number of anticipated tapes X Unit Price
Processing Costs = Data Volumes X Unit Price (for each solution)
Document Conversion Costs = Approximate anticipated page count or volume X Unit Price
Attorney Review Costs = Approximate Number of Attorney Review Hours X Unit Price (In this case that is held constant at $74 / hour)

There were five different vendor solutions and prices that were reviewed by FCS: Applied Discovery Inc (ADI), Attenex, Concordance, Discovery Mining and Stratify.   A chart depicting costs, timelines and number of attorneys used on all solutions is set forth.  In the next sections, the five solutions are evaluated in greater detail.





This slide reflects the attorney review costs if only the active data is searched and reviewed. The following Document Decisions per Hour (DDH) were used for each solution:

Attenex – 95 DDH          Stratify – 75 DDH          Discovery Mining = 60 DDH
ADI – 35 DDH              Concordance – 35 DDH

Formula for Example of Assumptions Used by FCS for Attenex Solution:
Attenex = 95 DDH x 36 days x 50 reviewers @ $74/ hour x 10 hour days = $1,335,508

*All Solutions Were Calculated with 50 Reviewers @ $74/Hour and 10 Hour Days*

**411 North Central Avenue, Suite 170 • Phoenix, AZ 85004 • 602-992-3600 • Fax 602-992-5292**
**www.forensicsconsulting.com**





This chart depicts FCS' estimates of the total project costs of each solution if only the active data is searched and reviewed.

For additional detail associated with total project costs, please see summary of costs section on page 23.





This chart depicts FCS' assumptions for the number of days that it would take 50 attorneys to review only the active data on the matter. An example of how this assumption is calculated on Discovery Mining is as follows:

142GB's of data to be reviewed x 50 reviewers with 60 DDH and 60,000/pages per GB = 57 days.

The following Document Decisions per Hour (DDH) were used for each solution.

| | | |
|---|---|---|
| Attenex – 95 DDH | Stratify – 75 DDH | Discovery Mining = 60 DDH |
| ADI – 35 DDH | Concordance – 35 DDH | |

*All Solutions Were Calculated with 50 Reviewers @ $74/Hour and 10 Hour Days*

**PLEASE NOTE:**  *The number of days reflected on this graph only depict the number of days estimated for the actual attorney review. It does not include the time that would need to be estimated to prepare the data (active & backup) prior to review. It also does not depict the number of days necessary to produce the data, or the time and resources of OFHEO or its' Counsel to make any production.*

**411 North Central Avenue, Suite 170 • Phoenix, AZ 85004 • 602-992-3600 • Fax 602-992-5292**
**www.forensicsconsulting.com**





This chart depicts FCS' estimated assumptions of total project costs if all of the active data and Back-up tapes are restored and searched.

For additional detail associated with total project costs, please see summary of costs for additional details.

**PLEASE NOTE:** *The number of days reflected on this graph only depict the number of days estimated for the actual attorney review. It does not include the time that would need to be estimated to prepare the data (Active & Backup) prior to review. It also does not depict the number of days necessary to produce the data, or the time and resources of OFHEO or its' Counsel to make any production.*



## *Summary of Cost*

A summary of costs for all five solutions is as follows:

### Active Data (366.6 GB's)

| | Applied Discovery | Attenex | Concordance | Discovery Mining | Stratify |
|---|---|---|---|---|---|
| Forensic Costs | $ 42,000 | $ 42,000 | $ 42,000 | $ 42,000 | $ 42,000 |
| Data Processing Costs | $ 935,000 | $ 837,800 | $ 383,145 | $ 215,255 | $ 394,100 |
| Document Conversion costs | $ 51,435 | $ 57,444 | $ 57,444 | $ 13,930 | $ 85,726 |
| Attorney Review costs | $ 3,624,950 | $ 1,335,508 | $ 3,624,950 | $ 2,114,544 | $ 1,691,643 |
| **Totals** | **$ 4,635,385** | **$ 2,272,752** | **$ 4,107,539** | **$ 2,385,739** | **$ 2,213,469** |

### Back up tape Restoration cost (2012.6 GB's)

| | Applied Discovery | Attenex | Concordance | Discovery Mining | Stratify |
|---|---|---|---|---|---|
| Back up tape Restoration cost | $ 75,600 | $ 75,600 | $ 75,600 | $ 75,600 | $ 75,600 |
| Data Processing Costs | $ 2,249,000 | $ 1,349,987 | $ 1,326,930 | $ 846,358 | $ 811,900 |
| Document Conversion costs | $ 37,641 | $ 43,915 | $ 43,915 | $ 9,950 | $ 62,736 |
| Attorney Review costs | $ 2,652,941 | $ 977,399 | $ 2,652,941 | $ 1,547,549 | $ 1,238,039 |
| **Totals** | **$ 5,195,182** | **$ 2,446,901** | **$ 4,099,386** | **$ 2,479,457** | **$ 2,188,275** |



# Conclusions

1. OFHEO's policies are well written and are adhered to by its user population. Pursuant to our on site inspection, as well as the review of the Sample data taken, FCS believes that it has a full understanding of how OFHEO users utilize the network. We are of the opinion that very little unique data will be found on the Back-up tapes should they be restored.
2. The high percentage of duplicate data found on Back-up tapes translates to finding a small percentage of unique data with each restoration. In addition, the timeline charts of the active data demonstrate that the identified time frames are included in the search. Considering these facts, limiting the corpus of data to the active data and potentially ten (10) strategically selected dates of Back-up tapes would provide a comprehensive set of potentially relevant data to be reviewed.
3. OFHEO's policy and its practices, which I observed during my Assessment, suggest that historical information from the active data during the identified time periods is largely present. Using the disaster recovery Back-up tapes will yield a very small percentage of potential relevant information.
4. Further strategic targeting of data on the Back-up tapes, or eliminating the Back-up tape data in its entirety would significantly reduce the cost and time requirements to complete the discovery process.

# Next Steps

Next Steps in the process will be determined after further direction is received from OFHEO.


Signed March 8, 2007

_____

Kelly J. "KJ" Kuchta