UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **In Re Federal National Mortgage Association Securities, Derivative and "ERISA" Litigation** | MDL NO. 1668 |
| **In Re Fannie Mae Securities Litigation** | Consolidated Civil Action No. 1:04-cv-01639<br><br>Judge Richard J. Leon |

## NOTICE REGARDING OFHEO APPEAL

Defendants Franklin D. Raines, J. Timothy Howard, and Leanne G. Spencer ("Individual Defendants") respectfully submit notice that on January 6, 2009, the D.C. Circuit affirmed this Court's January 22, 2008 order requiring OFHEO to make a non-waiver production to the Individual Defendants of all documents withheld on the basis of the deliberative process privilege that had not been logged by January 4, 2008 (the stipulated deadline). Opinion (attached as Ex. 1). The Individual Defendants submit notice of the D.C. Circuit's decision because it may impact scheduling discussions at the status conference on Friday, January 9, 2009.[1]

---

[1] During the approximately one year that OFHEO's appeal was pending, the Individual Defendants attempted to resolve potential privilege disputes with OFHEO without the assistance of the Court's January 22, 2008 order. The Individual Defendants spent dozens of hours in numerous "meet and confer" sessions with OFHEO, repeatedly sought the Court's assistance during multiple in-chambers conferences, and proffered several proposals for eliminating areas of disagreement. As the Court is well aware, these efforts were not successful. By August 2008, as OFHEO informed the D.C. Circuit, "[n]egotiations [had] broken down, and [the] appeal [was] therefore proceeding." Appellant's Brief at 3.

The D.C. Circuit's decision means that the process envisioned by this Court's January 22, 2008 order, which the D.C. Circuit recognized "facilitat[ed] faster resolution of outstanding privilege disputes . . . [and] also compensated the [I]ndividual [D]efendants by ameliorating OFHEO's delay in disclosing [its] privilege logs," can begin.  *See* Opinion at 17 (Ex. 1).  The Individual Defendants expect that once OFHEO makes its non-waiver document production, the remainder of the process can be concluded within two months.

**OFHEO's non-waiver document production**.  The first step, of course, is for OFHEO to comply with this Court's order (and the D.C. Circuit's ruling) and produce to the Individual Defendants all of the documents withheld pursuant to the deliberative process privilege.[2]  It is important to note that this production might not occur until after February 27, 2009.  That is because, by our calculation, OFHEO has until February 20, 2009 to petition the D.C. Circuit for a rehearing, *see* Fed. R. App. P. 40(a)(1), and if it does not, the D.C. Circuit's mandate will issue seven calendar days later, *see* Order to Clerk, Jan. 6, 2009 (attached as Ex. 2).  (The mandate will be withheld longer if OFHEO chooses to seek reconsideration.)  The Individual Defendants have asked OFHEO if it would comply voluntarily with the January 22, 2008 order in advance of the D.C. Circuit's mandate issuing so as to expedite the resolution of privilege issues.  To date, OFHEO has not agreed to this proposal.  *See* Correspondence between Alex G. Romain and John C. Truong (Jan. 6-7, 2009) (attached as Exs. 3-5).

**The Individual Defendants' document review**.  The Individual Defendants anticipate completing their review of OFHEO's documents within three weeks of receiving a complete production from OFHEO.

---

[2] Based on OFHEO's privilege logs, it appears that OFHEO's production will total approximately 41,000 documents.

**The Individual Defendants' challenge to OFHEO's privilege claims.**  The Individual Defendants propose that the Court impose an expedited briefing schedule to advance its consideration of the threshold legal issues.

**The Court's adjudication of OFHEO's privilege claims.**  The Individual Defendants anticipate that their challenges could be reviewed and resolved by the Court over the course of a two-day hearing.

The privilege challenge process could thus conclude by the end of April.  OFHEO may, of course, effect further delay by exercising its right to appeal this Court's negative privilege determinations, if any, to the D.C. Circuit.  In that instance, the Individual Defendants would seek to depose OFHEO's witnesses before the close of fact discovery (in order to minimize the effect of OFHEO's delay on the progress of the litigation) and to continue those depositions (for a second or third day as necessary) upon final resolution of OFHEO's privilege claims.

Dated:  January 8, 2009

Respectfully submitted,

/s/ Alex G. Romain _____
Kevin M. Downey (D.C. Bar No. 438547)
Alex G. Romain (D.C. Bar No. 468508)
Samuel Bryant Davidoff (D.C. Bar No. 978175)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
202-434-5614 (phone)
202-434-5029 (facsimile)

*Counsel for Defendant Franklin D. Raines*

## CERTIFICATE OF SERVICE

I certify that on January 8, 2009, service was accomplished on the following counsel via e-mail communication.

Mr. Stanley M. Chesley, Esq.
Mr. James R. Cummins, Esq.
Ms. Melanie S. Corwin, Esq.
Ms. Jean M. Geoppinger
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH  43202
-and-
Phyllis E. Brown, Esq.
Law Offices of Phyllis Brown
119 East Court Street,
Cincinnati, OH  45202
*Special Counsel for the Attorney General of Ohio and Lead Counsel for Lead Plaintiffs*

Mr. Michael J. Walsh, Esq.
Mr. John Beisner, Esq.
Mr. Jeffrey W. Kilduff, Esq.
Ms. Kimberly A. Newman, Esq.
Mr. Robert M. Stern, Esq.
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC  20006-4001
-and-
Mr. Seth Aronson, Esq.
O'Melveny & Meyers, LLP
400 South Hope Street, 15th Floor
Los Angeles, CA  90071-2899
*Counsel for Defendants Fannie Mae, Taylor C. Segue, III, William R. Harvey, Kenneth M. Duberstein and H. Patrick Swygert*

Jerome Epstein, Esq.
Alex Lipman, Esq.
Jenner & Block
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
*Counsel for Defendant Fannie Mae*

Mr. Steven J. Toll, Esq.
Mr. Daniel S. Sommers, Esq.
Mr. Matthew K. Handley, Esq.
Cohen, Millstein, Hausfeld & Toll, PLLC
1100 New York Avenue, NW
Washington, DC  20005
*Local Counsel for Lead Plaintiffs*

Mr. Robert I. Harwood, Esq.
Mr. Samuel K. Rosen, Esq.
Harwood Feffer LLP
488 Madison Avenue
New York, NY  10022
-and-
Mr. John B. Ibister, Esq.
Mr. Lawrence J. Quinn, Esq.
Ms. Toyja E. Kelly, Esq.
Tydings & Rosenberg
100 East Pratt Street
Baltimore, MD  21202
*Counsel for Plaintiffs David Gwyer, Terry Gagliolo and Gloria Sheppard in ERISA Action*

Ms. Erica Salmon Byrne, Esq.
Ms. Cristen Sikes Rose, Esq.
DLA Piper US LLP
500 8th Street, N.W.
Washington, D.C. 20004
-and-
Mr. John J. Clarke, Jr., Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY  10020-1104
*Counsel for Defendants Stephen B. Ashley, Ann Korologos and Donald B. Marron*

Ms. Barbara Van Gelder, Esq.
Morgan Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004
*Counsel for Defendants Frederic V. Malek and Anne M. Mulcahy*

Mr. James Hamilton, Esq.
Mr. David I. Ackerman, Esq.
Bingham McCutcheon LLP
2020 K Street, NW
Washington, DC 20006
*Counsel for Defendant Joe K. Pickett*

Mr. James D. Wareham, Esq.
Mr. James Anklam, Esq.
Ms. Carolyn W. Morris, Esq.
Ms. Laura L. Flippin, Esq.
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, NW
Washington, DC 20005
*Counsel for Defendant Daniel H. Mudd*

Ms. Lasagne A. Wilhite, Esq.
Reed Smith LLP
1301 K Street, NW, Suite 1100 - East Tower
Washington, DC 20005
*Counsel for Defendant Leslie Rahl*

Mr. David S. Krakoff, Esq.
Mr. Mark W. Ryan, Esq.
Mr. Christopher F. Regan, Esq.
Ms. Elizabeth Oyer, Esq.
Mayer Brown LLP
1909 K Street, NW
Washington, DC 20006-1101
*Counsel for Defendant Leanne G. Spencer*

Mr. Frank J. Johnson, Esq.
Mr. Brett M. Weaver, Esq.
Law Office of Frank J. Johnson
402 W. Broadway, 27th Floor
San Diego, CA 92101
-and-
Mr. Robert W. Liles, Esq.
Liles Parker, PLLC
4400 MacArthur Blvd, NW
Suite 203
Washington, DC 20007
*Counsel for Plaintiff Sassan Shahrokhinia*

Mr. Williams K. Dodds, Esq.
Mr. Neil A. Steiner, Esq.
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112
*Counsel for Defendant Thomas P. Gerrity in the Franklin Action*

Ms. Julia Guttman, Esq.
Baker Botts LLP
The Warner
1299 Pennsylvania Ave., NW
Washington, DC 20004-2400
*Counsel for Defendant Jamie S. Gorelick*

Mr. Steven M. Salky, Esq.
Mr. Eric Delinsky, Esq.
Ms. Ellen D. Marcus, Esq.
Ms. Caroline E. Reid, Esq.
Ms. Holly A. Pal, Esq.
Zuckerman Spaeder LLP
1800 M Street, NW – 10th Floor
Washington, DC 20036
*Counsel for Defendant J. Timothy Howard*

Mr. F. Joseph Warin, Esq.
Mr. Andrew S. Tulumello, Esq.
Ms. Melanie, L. Katsur, Esq.
Ms. Claudia M. Osorio, Esq.
Gibson Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
-and-
Mr. Scott Fink, Esq.
Gibson, Dunn & Crutcher
One Montgomery St., Suite 3100
San Francisco, CA 94104-4505
*Counsel for Defendant KPMG LLP*

Mr. Jonathan M. Stern, Esq.
Schnader Harrison Segal & Lewis LLP
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006-1825
-and-
Mr. David Smith, Esq.
Schnader Harrison Segal & Lewis LLP
1600 Market Street
Philadelphia, PA 19103-7286
*Counsel for Defendant Radian Group, Inc.*

Ms. Shannon H. Ratliff, Esq.
Mr. Michael L. Navarre, Esq.
Ratliff Law Firm, P.L.L.C.
600 Congress Avenue, Suite 3100
Austin, Texas 78701
*Counsel for Defendant Manuel J. Justiz*

Mr. Darren J. Robbins, Esq.
Mr. Randall J. Baron, Esq.
A. Rick Atwood, Jr., Esq.
Benny C. Goodman, III, Esq.
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
-and-
Ms. Nancy M. Juda, Esq.
Coughlin Stoia Geller Rudman & Robbins LLP
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC 20036
-and-
Mr. Robert B. Weiser, Esq.
The Weiser Law Firm, P.C.
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
-and-
Mr. George E. Barrett, Esq.
Mr. Douglas S. Johnston, Jr., Esq.
Mr. Timothy L. Miles, Esq.
Barrett, Johnston & Parsley
217 Second Avenue, North
Nashville, TN 37201-1601
*Attorneys for Arthur Middleton*

Mr. Jonathan W. Cuneo, Esq.
Mr. Robert J. Cynkar, Esq.
Mr. David W. Stanley, Esq.
Cuneo Gilbert & LaDuca, LLP
507 C Street, N.E.
Washington, DC 20002
-and-
Mr. Richard D. Greenfield
Greenfield & Goodman, LLC
7426 Tour Drive
Easton, MD 21601
-and-
Ms. Ann Miller, Esq.
Ann Miller, LLC
834 Chestnut Street, Suite 206
Philadelphia, PA 19107
*Attorneys for James Kellmer*

/s/ Samuel Bryant Davidoff
Samuel Bryant Davidoff (D.C. Bar No. 978175)
WILLIAMS & CONNOLLY LLP

*Counsel for Defendant Franklin D. Raines*