## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivate, and "ERISA" Litigation | MDL No. 1688 |

| | |
|---|---|
| In re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-01639 (RJL) |

### INDIVIDUAL DEFENDANTS'
### MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM
### THE OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT

Pursuant to Rule 45(c)(2)(B) of the Federal Rules of Civil Procedure, the September 27, 2007 Stipulated Order (Dkt. No. 525), and the January 22, 2008 Contempt Order (Dkt. No. 580), and for the reasons stated in the accompanying memorandum of law, the Individual Defendants hereby move to compel production of the 30,000 documents withheld by the Office of Federal Housing Enterprise Oversight ("OFHEO") and identified in the agency's letter to the Court dated February 25, 2009.

In the alternative, the Individual Defendants request that the Court direct OFHEO to provide deposition testimony pursuant to Federal Rule of Civil Procedure 30(b)(6) regarding the agency's failure to produce the 30,000 documents identified in OFHEO's February 25 letter, including, but not limited to, the agency's processes, review, and evaluation of documents purportedly exempt from production under Paragraph 6 of the Stipulated Order.

Pursuant to Local Civil Rule 7(m), counsel for the Individual Defendants conferred with counsel for OFHEO prior to filing this motion. Counsel were not, however, able to resolve the issues raised herein. Accordingly, the Individual Defendants seek the requested relief from the Court.

A proposed order is attached.

Dated:  February 26, 2009

Respectfully submitted,

/s/ Alex G. Romain
Kevin M. Downey (D.C. Bar No. 438457)
Alex G. Romain (D.C. Bar No. 468508)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5164 (telephone)
(202) 434-5029 (facsimile)

*Counsel for Defendant Franklin D. Raines*

/s/ Eric R. Delinsky
Steven M. Salky (D.C. Bar No. 360175)
Eric R. Delinsky (D.C. Bar No. 460958)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
(202) 778-1800 (telephone)
(202) 822-8106 (facsimile)

*Counsel for Defendant J. Timothy Howard*

/s/ Christopher F. Regan
David S. Krakoff (D.C. Bar No. 229641)
Christopher F. Regan (D.C. Bar No. 433972)
MAYER BROWN LLP
1909 K Street, NW
Washington, DC 20006
(202) 263-3000 (telephone)
(202) 263-3300 (facsimile)

*Counsel for Defendant Leanne G. Spencer*

**CERTIFICATE OF SERVICE**

I certify that on February 26, 2009, I electronically filed the foregoing Individual

Defendants' Motion to Compel Production of Documents from the Office of Federal Housing

Enterprise Oversight with the Clerk of Court using the CM/ECF system, which will send

notification of such filing to the counsel of record in this matter who are registered on the

CM/ECF system.


/s/ Alex G. Romain_____
Alex G. Romain