**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivate, and "ERISA" Litigation | MDL No. 1688 |
| In re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-01639 (RJL) |

**INDIVIDUAL DEFENDANTS' MOTION
TO COMPEL THE FEDERAL HOUSING FINANCE AGENCY
TO PRODUCE DOCUMENTS AFTER *IN CAMERA* REVIEW**

Pursuant to Rule 45(c)(2)(B) of the Federal Rules of Civil Procedure, the September 27, 2007 Stipulated Order (Dkt. No. 525), and the January 22, 2008 Contempt Order (Dkt. No. 580), and for the reasons stated in the accompanying memorandum of law, the Individual Defendants respectfully move to compel production of 128 documents which the agency is withholding pursuant to the deliberative process privilege. Pursuant to Local Civil Rule 7(m) and the Court's March 12, 2009 Order (Dkt. No. 706), counsel for the Individual Defendants conferred with counsel for FHFA prior to filing this motion. Counsel were not, however, able to resolve the issues raised herein. Accordingly, the Individual Defendants seek the requested relief from the Court.

A proposed order is attached.

Dated:  April 17, 2009

Respectfully submitted,

/s/ Alex G. Romain
Kevin M. Downey (D.C. Bar No. 438547)
Alex G. Romain (D.C. Bar No. 468508)
Samuel B. Davidoff (D.C. Bar No. 978175)
Eun Young Choi (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5164 (telephone)
(202) 434-5029 (facsimile)

*Counsel for Defendant Franklin D. Raines*

/s/ Eric R. Delinsky
Steven M. Salky (D.C. Bar No. 360175)
Eric R. Delinsky (D.C. Bar No. 460958)
Cory Way (D.C. Bar No. 981090)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
(202) 778-1800 (telephone)
(202) 822-8106 (facsimile)

*Counsel for Defendant J. Timothy Howard*

/s/ Christopher F. Regan
David S. Krakoff (D.C. Bar No. 229641)
Christopher F. Regan (D.C. Bar No. 433972)
Adam Miller (D.C. Bar No. 496339)
MAYER BROWN LLP
1909 K Street, NW
Washington, DC 20006
(202) 263-3000 (telephone)
(202) 263-3300 (facsimile)

*Counsel for Defendant Leanne G. Spencer*

## CERTIFICATE OF SERVICE

      I certify that on April 17, 2009, I electronically filed the foregoing Individual Defendants' Motion to Compel the Federal Housing Finance Agency to Produce Documents After *In Camera* Review with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

                                           /s/ Eun Young Choi
                                           Eun Young Choi