IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | No. 1:04-cv-01639 (RJL) |
| FRANKLIN MANAGED TRUST *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION *et al.*, <br><br> *Defendants*. | No. 1:06-cv-00139 (RJL) |

## NOTICE OF FILING UNDER SEAL

PLEASE TAKE NOTICE that pursuant to Paragraphs 3 and 14 of the Third Amended Stipulated Pretrial Protective Order (December 8, 2007) (Dkt. No. 556), KPMG LLP filed under seal, with the Clerk of the Court, its Motion to Compel the Office of Federal Housing Enterprise Oversight to Produce Documents from the Court-Ordered Quick Peek Review and all exhibits to that motion. All of these documents qualify as "confidential" or "highly confidential" pursuant to the Third Stipulated Pretrial Protective Order. KPMG has provided copies of this motion and the exhibits to counsel of record via United States Mail and has also sent the exhibits via electronic mail to counsel for the Office of Federal Housing Enterprise Oversight.

DATED: April 17, 2009

                                        Respectfully submitted,

                                         /s/ F. Joseph Warin
                                        F. Joseph Warin (D.C. Bar No. 235978)
                                        Scott A. Fink (*pro hac vice*)
                                        Michael F. Flanagan (D.C. Bar No. 435942)
                                        Andrew S. Tulumello (D.C. Bar No. 468351)
                                        David Debold (D.C. Bar No. 484791)
                                        GIBSON, DUNN & CRUTCHER LLP
                                        1050 Connecticut Avenue, N.W.
                                        Washington, D.C.  20036
                                        Telephone: (202) 955-8500
                                        Facsimile: (202) 467-0539

                                        *Counsel for Defendant KPMG LLP*