IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | No. 1:04-cv-01639 (RJL) |
| FRANKLIN MANAGED TRUST *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION *et al.*,<br><br>*Defendants*. | No. 1:06-cv-00139 (RJL) |

## STIPULATED ORDER

Upon consideration of the motions hearing on May 27, 2009; the Office of Federal Housing Enterprise Oversight's Motion for Entry of Order Granting Limited, "Sneak Peek" Review of Documents Exempt From Production Under The Stipulated Order of September 27, 2007 (Dkt. No. 735) and the responses thereto; the Individual Defendants' Motion to Compel the Production of Documents from the Office of Federal Housing Enterprise Oversight (Dkt. No. 700), joined by KPMG (Dkt. No. 703), and the responses thereto; and with the agreement of KPMG and OFHEO, it is hereby:

**ORDERED** that OFHEO produce to KPMG all documents OFHEO produces to the Individual Defendants pursuant to the Stipulated Order (including modifications, if any, of that Order by the Court) attached to Joint Motion of Individual Defendants and the Office of Federal Housing Enterprise Oversight Concerning Documents Withheld as "Exempt" Pursuant to the September 27, 2007 Stipulated Order (Dkt. No. 739) ("Stipulated Order of the Individual Defendants and OFHEO"); and it is further

**ORDERED** that OFHEO's production pursuant to this Order shall occur within two days of the entry of this order; and it is further

**ORDERED** that OFHEO's production pursuant to this Order shall be subject to the terms and limitations—including, but not limited to, the calendar and process for producing, reviewing, and challenging the relevant documents—contained in the Stipulated Order of the Individual Defendants and OFHEO, with the following sole exception: where the Stipulated Order of the Individual Defendants and OFHEO refers to 500 challenges by the Individual Defendants (*see* ¶¶ 6 & 8 of the Stipulated Order of the Individual Defendants and OFHEO), the number of challenges applicable to KPMG is 300.

**SO ORDERED.**

Dated this 16th day of June, 2009.

_____
RICHARD J. LEON
United States District Judge