UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| In re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-01639<br>Judge Richard J. Leon |

### STIPULATED ORDER

Upon consideration of the Stipulated Order entered on June 11, 2009 (Dkt. No. 742) ("Stipulated Order of the Individual Defendants and OFHEO") and the Stipulated Order entered on June 17, 2009 (Dkt. No. 746) ("Stipulated Order of KPMG and OFHEO"), and in order to prevent an unfair advantage for the Individual Defendants and KPMG and prejudice to Fannie Mae, it is hereby:

**ORDERED** that OFHEO produce to Fannie Mae all documents OFHEO produces to the Individual Defendants and KPMG pursuant to the Stipulated Order of the Individual Defendants and OFHEO and the Stipulated Order of KPMG and OFHEO (including modifications, if any, of those Orders by the Court); and it is further

**ORDERED** that OFHEO's production pursuant to this Order shall occur within two days of the entry of this Order; and it is further

**ORDERED** that OFHEO's production pursuant to this Order shall be subject to the terms and limitations—including, but not limited to, the calendar and process for producing,

reviewing, and challenging the relevant documents—contained in the Stipulated Order of KPMG and OFHEO.

   **SO ORDERED.**

                _____
                The Honorable Richard J. Leon
                United States District Judge

Dated: June 30, 2009