## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1688 |
| In re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-01639 (RJL) |

### DEFENDANT FRANKLIN D. RAINES'S MOTION TO COMPEL 30(B)(6) TESTIMONY FROM THE SECURITIES AND EXCHANGE COMMISSION

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, and for the reasons stated in the accompanying memorandum of law, Mr. Raines respectfully moves to compel the Securities and Exchange Commission ("SEC") to produce one or more representative(s) to provide deposition testimony by no later than September 30, 2009.

Pursuant to Local Civil Rule 7(m), counsel for Mr. Raines conferred with counsel for the SEC prior to filing this motion. Counsel were not, however, able to resolve the issues raised herein. Accordingly, Mr. Raines seeks the requested relief from the Court.

A proposed order is attached.

Dated:  August 4, 2009    Respectfully submitted,

/s/ Kevin M. Downey
Kevin M. Downey (D.C. Bar No. 438547)
Alex G. Romain (D.C. Bar No. 468508)
Eun Young Choi (D.C. Bar No. 987677)
Antony K. Haynes (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5000 (telephone)
(202) 434-5029 (facsimile)

*Counsel for Defendant Franklin D. Raines*

## CERTIFICATE OF SERVICE

I certify that on August 4, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on CM/ECF, and caused to be served a copy by e-mail to:

Kathleen Cody, Esq.
Assistant General Counsel
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-9612

*Counsel for the Securities and Exchange Commission*

/s/ Alex G. Romain
Alex G. Romain