IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | No. 1:04-cv-01639 (RJL) |
| FRANKLIN MANAGED TRUST *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION *et al.*,<br><br>*Defendants*. | No. 1:06-cv-00139 (RJL) |

### KPMG LLP'S MOTION TO COMPEL OFHEO CHIEF ACCOUNTANT AND DEPOSITION WITNESS WANDA DeLEO TO ANSWER QUESTIONS RELATED TO OFHEO'S PUBLIC STATEMENTS ON EXPERT DISAGREEMENT OVER FAS 133 ACCOUNTING

KPMG LLP ("KPMG") respectfully moves this Court to compel the testimony of Wanda DeLeo, OFHEO's Chief Accountant, who was recently deposed in this case. At Ms. DeLeo's deposition, OFHEO asserted deliberative process and bank examination privileges and instructed Ms. DeLeo not to testify about OFHEO's public statements earlier this year acknowledging, among other things, that OFHEO decided not to take issue with Freddie Mac's FAS 133 accounting during the class period because experts disagreed about the accounting. For the reasons stated in the attached memorandum, KPMG is entitled to testimony on this subject.

DATED: September 29, 2009

Respectfully submitted,

 /s/ Andrew S. Tulumello
F. Joseph Warin (D.C. Bar No. 235978)
Scott A. Fink (*pro hac vice*)
Michael F. Flanagan (D.C. Bar No. 435942)
Andrew S. Tulumello (D.C. Bar No. 468351)
David Debold (D.C. Bar No. 484791)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Counsel for Defendant KPMG LLP*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused copies of the foregoing to be transmitted via electronic mail to the following counsel:

James R. Cummins
Melanie S. Corwin
Jean Marie Geoppinger
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
*Counsel for Lead Plaintiffs*

Frank J. Johnson
Johnson Bottini, LLP
655 W. Broadway, Suite 1400
San Diego, CA 92101
*Counsel for Plaintiff Sassan Shahrokhinia*

Jeffrey W. Kilduff
Michael J. Walsh, Jr.
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
*Counsel for Defendants Fannie Mae, Thomas P. Gerrity, Taylor C. Segue, III, William R. Harvey, Joe Pickett, Kenneth M. Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie Rahl*

Kevin M. Downey
Alex G. Romain
Joseph M. Terry, Jr.
John E. Clabby
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5091
*Counsel for Defendant Franklin D. Raines*

William H. Jeffress
Julia E. Guttman
Nicholas A. Brady
Baker Botts LLP
The Warner

Daniel S. Sommers
Cohen, Milstein, Hausfeld & Toll P.L.L.C
West Tower, Suite 500
1100 New York Ave., N.W.
Washington, D.C. 20005
*Counsel for Plaintiffs Vincent Vinci*; *State Teachers Retirement System of Ohio*; *Anne E. Flynn; Robert L. Garber*

Robert W. Liles
Liles Parker, PLLC
4400 MacArthur Blvd., N.W.
Suite 203
Washington, DC 20007
*Counsel for Plaintiff Sassan Shahrokhinia*

Steven M. Salky
Eric R. Delinsky
Ellen D. Marcus
Caroline E. Reid
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036-5807
*Counsel for Defendant Timothy J. Howard*

David S. Krakoff
Christopher F. Regan
Adam B. Miller
Heather H. Martin
Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
*Counsel for Defendant Leanne G. Spencer*

Rhonda D. Orin
Anderson Kill & Olick, P.C.
2100 M Street, N.W. Suite 650
Washington, D.C. 20037
*Counsel for Defendant Leslie Rahl*

1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
*Counsel for Defendant Jamie S. Gorelick*

John H. Doyle, III
Reed Smith LLP
599 Lexington Ave.
New York, NY 10022-7650
*Counsel for Defendant Leslie Rahl*

Shannon Ratliff
Ratliff Law Firm, PLLC
600 Congress Avenue
Suite 3100
Austin, TX 78701
*Counsel for Manuel Justiz*

Cristen Sikes Rose
Edward S. Scheideman III
John J. Clarke, Jr.
DLA Piper US LLP
500 Eighth Street, N.W.
Washington, D.C. 20004
*Counsel for Defendants Stephen B. Ashley, Donald B. Marron, and Ann Korologos*

Seth Aronson
O'Melveny & Myers LLP
400 South Hope Street, 15th Floor
Los Angeles, Ca. 90071
*Counsel for Defendant Fannie Mae, Thomas P. Gerrity, Taylor C. Segue, III, William R. Harvey, Joe Pickett, Kenneth M. Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie Rahl*

William K. Dodds
Neil A. Steiner
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112
*Counsel for Defendant Thomas P. Gerrity*

James D. Wareham
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W., Suite 12
Washington, D.C. 20005
*Counsel for Defendant Daniel H. Mudd*

Barbara Van Gelder
Morgan, Lewis & Bockius LLP
111 Pennsylvania Ave., NW
Washington, DC 20004
*Counsel for Defendants Anne M. Mulcahy and Frederic V. Malek*

David I. Ackerman
James Hamilton
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, D.C. 20006
*Counsel for Defendant Joe Pickett*

Ian H. Gershengorn
Jerome L. Epstein
Jenner & Block
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412

*Counsel for Fannie Mae*

J. C. O'Malley
Michael J. Avenatti
Eagan O'Malley & Avenatti, LLP
450 Newport Center Drive, 2nd Floor
Newport Beach, CA 92660
*Counsel for Fannie Mae*

/s/ David Debold

2