UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br>FANNIE MAE SECURITIES<br>LITIGATION | : <br>: Case No. 1:04-CV-01639 (Leon, J.)<br>: |

**SUPPLEMENTAL RESPONSE OF SECURITIES AND EXCHANGE COMMISSION
TO LEAD PLAINTIFFS' MOTION TO COMPEL TESTIMONY FROM
DONALD NICOLAISEN OR, ALTERNATIVELY, TO QUASH ANY FUTURE
DEPOSITION DISCOVERY OF OFHEO BY DEFENDANTS**

The Securities and Exchange Commission ("Commission") filed its Opposition to Lead Plaintiffs' Motion to Compel Testimony from Donald Nicolaisen with this Court on September 18, 2009. The Commission's opposition is listed at docket entry 783. In that document, we reported that we anticipated receiving a decision by the Commission by October 8, 2009 that we would bring to the Court's attention. Attached hereto as Exhibit 1 is the Commission's decision, rendered today, on lead plaintiffs' Petition for Review.

Respectfully submitted,

/s/ Kathleen Cody
SAMUEL M. FORSTEIN
D.C. Bar # 961912

KATHLEEN CODY
D.C. Bar # 412517

Counsel for Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-9612
Tel: (202) 551-5126 (Cody)
Fax: (202) 772-9263

Dated: October 2, 2009

## CERTIFICATE OF SERVICE

I certify that on October 2, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on CM/ECF.

                                            /s/ Kathleen Cody
                                            Kathleen Cody