**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| In re Fannie Mae Securities Litigation | MDL No. 1668 <br><br> Civil Action No. 1:04-cv-01639 (RJL) |

### NOTICE OF UPDATED FILINGS TO COMPLY WITH COURT ORDER

PLEASE TAKE NOTICE that Defendants Fannie Mae, J. Timothy Howard, Leanne Spencer, and KPMG LLP are filing updated versions of their previously redacted briefing and related filings on Defendants' Joint Motion for Partial Summary Judgment Based on FAS 133 Accounting Issues (Dkt. No. 941). These updated filings are consistent with the Revised Order Governing Filing Requirements for Motions for Summary Judgment (Dkt. No. 962), this Court's February 2, 2012, Order Governing Submission of a Joint Appendix to the Court and the Unsealing of Summary Judgment Exhibits (Dkt. No. 1000), and this Court's May 14, 2012, Orders denying the Federal Housing Finance Agency's Motion for a Protective Order and the HUD-OIG's similar request contained in its Response to this Court's February 2, 2012, Order and its Supplemental Memorandum.

In accordance with this Court's previous Order, dated August 9, 2011 (Dkt. No. 915), Defendants initially filed their briefing with redactions requested by third-party witnesses and document sources. Since that time, agreement has been reached with several of these third parties permitting public filing of many of the affected transcripts and documents. Further, on May 14, 2012, this Court denied FHFA's and HUD-OIG's motions for protective orders preventing public release of various other transcripts and documents. In accordance with those

orders, Defendants now submit their earlier filings without the redactions rendered moot by

agreement or rejected by Order of this Court.  The updated filings are included with this Notice

as follows:

- Exhibit 1:  Memorandum Of Points And Authorities In Support Of Defendants' Joint Motion For Partial Summary Judgment Based On FAS 133 Accounting Issues (Dkt. No. 941-1);

- Exhibit 2:  Defendants' Statement Of Undisputed Material Facts In Support Of Their Joint Motion For Partial Summary Judgment Based On FAS 133 Accounting Issues (941-2);

- Exhibit 3:  Reply Memorandum In Support Of Defendants' Joint Motion For Partial Summary Judgment Based On FAS 133 Accounting Issues (Dkt. No. 992); and

- Exhibit 4:  Defendants' Reply Regarding Their Statements Of Undisputed Material Fact In Support Of Their Joint Motion For Partial Summary Judgment Based On FAS 133 Accounting Issues (Dkt. No. 992-1).

DATED: May 25, 2012

Respectfully submitted,

/s/ F. Joseph Warin
F. Joseph Warin (D.C. Bar No. 235978)
Scott A. Fink (*pro hac vice*)
John H. Sturc (D.C. Bar No. 914028)
George H. Brown (*pro hac vice*)
Andrew S. Tulumello (D.C. Bar No. 468351)
David Debold (D.C. Bar No. 484791)
Monica K. Loseman (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
*Counsel for Defendant KPMG LLP*

/s/ Jeffrey W. Kilduff
Jeffrey W. Kilduff (D.C. Bar No. 426632)
Robert M. Stern (D.C. Bar No. 478742)
Michael J. Walsh, Jr. (D.C. Bar No. 483296)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C.  20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
*Counsel for Defendant Fannie Mae*

/s/ David S. Krakoff
David S. Krakoff (D.C. Bar No. 229641)
Christopher F. Regan (D.C. Bar No. 433972)
Adam B. Miller (D.C. Bar No. 496339)
BuckleySandler LLP
1250 24th Street, N.W.
Washington, D.C.  20037
Telephone: (202) 349-8000
Facsimile: (202) 349-8080
*Counsel for Defendant Leanne G. Spencer*

/s/ Eric R. Delinsky
Steven M. Salky (D.C. Bar No. 360175)
Eric R. Delinsky (D.C. Bar No. 460958)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, D.C.  20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106
*Counsel for Defendant J. Timothy Howard*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 25, 2012, I electronically filed the foregoing NOTICE OF
UPDATED FILINGS TO COMPLY WITH COURT ORDER with the Clerk of the Court using
the CM/ECF system, which will send notification of such filing to counsel of record in this
matter who are registered on CM/ECF.

/s/ Christopher W. Meeks_____
Christopher W. Meeks