UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| In re Fannie Mae Securities Litigation | Consolidated Civil Action No. 04-1639 (RJL) |

ORDER

For the reasons set forth in the Memorandum Opinion entered this 20th day of September, 2012, it is hereby

**ORDERED** that defendant Franklin D. Raines's Motion for Summary Judgment [Dkt. # 940] is GRANTED; and it is further

**ORDERED** that judgment is entered for defendant Raines on all counts against him and that defendant Raines is dismissed from this suit.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge