# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae Securities Litigation | MDL No. 1668<br><br>Civil Action No. 1:04-cv-01639 (RJL) |

## KPMG LLP'S MOTION TO FILE DOCUMENTS UNDER SEAL

KPMG LLP ("KPMG") respectfully submits this Motion to File Documents Under Seal contemporaneously with its Response to Lead Plaintiffs' Motion for Miscellaneous Relief ("Response") and proposed order. Pursuant to Local Rule 7(m), counsel for KPMG conferred with counsel for all parties, and all parties consent to the filing of its Response under seal.

## STATEMENT OF POINTS AND AUTHORIITES

KPMG respectfully requests that the Court issue an order sealing its Response to Lead Plaintiffs' Motion for Miscellaneous Relief. "The decision as to access to judicial records is one best left to the sound discretion of the trial court, discretion to be exercised in light of the relevant facts and circumstances of the particular case." *Zapp v. Zhenli Ye Gon*, 746 F. Supp. 2d 145, 148 (D.D.C. 2010). A court may consider various factors in exercising its discretion to determine whether to seal filed materials. These factors include:

> (1) the need for public access to the documents at issue; (2) the extent of previous public access to the documents at issue; (3) the fact that someone has objected to disclosure, and the identity of that person; (4) the strength of any property and privacy interests asserted; (5) the possibility of prejudice to those opposing disclosure; and (6) the purposes for which the documents were introduced during the judicial proceedings.

*Id.* Here, KPMG's response concerns matters that are by agreement of the parties confidential and not part of the public domain, and this Court has already issued an order sealing Lead Plaintiffs' Motion to which KPMG is responding. *See* Dkt. Nos. 1065 and 1066. In recognition

of the confidential, non-public nature of these matters, KPMG respectfully moves the Court for an order granting its Motion to File Documents Under Seal.

## CONCLUSION

For the foregoing reasons, KPMG respectfully requests that this Motion be granted.

DATED: November 26, 2012

                          Respectfully submitted,

                          /s/ F. Joseph Warin
                          F. Joseph Warin (D.C. Bar No. 235978)
                          Scott A. Fink (*pro hac vice*)
                          John H. Sturc (D.C. Bar No. 914028)
                          George H. Brown (*pro hac vice*)
                          Andrew S. Tulumello (D.C. Bar No. 468351)
                          David Debold (D.C. Bar No. 484791)
                          Monica K. Loseman (*pro hac vice*)
                          GIBSON, DUNN & CRUTCHER LLP
                          1050 Connecticut Avenue, N.W.
                          Washington, D.C.  20036
                          Telephone: (202) 955-8500
                          Facsimile: (202) 467-0539

                          *Counsel for Defendant KPMG LLP*

**CERTIFICATE OF SERVICE**

      I certify that on November 26, 2012, I electronically filed the foregoing MOTION TO FILE DOCUMENTS UNDER SEAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record in this matter who are registered on CM/ECF.

                                              /s/ Lissa M. Percopo
                                              Lissa M. Percopo