<u>**UNITED STATES DISTRICT COURT**</u>
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | ) ) ) ) | MDL No. 1668 |
| | ) | |
| **In Re Fannie Mae Securities Litigation** | ) ) ) ) | Consolidated Civil Action No.: 1:04-CV-01639<br>Judge Richard J. Leon |

**LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, APPROVING FORM AND MANNER OF NOTICE, SETTING DATE FOR HEARING ON FINAL APPROVAL OF SETTLEMENT, AND STAYING NON-SETTLEMENT RELATED PROCEEDINGS**

Lead Plaintiffs Ohio Public Employees Retirement System ("OPERS") and State Teachers Retirement System of Ohio ("STRS") (collectively, the "Lead Plaintiffs")[1] on behalf of themselves and the Class they represent, respectfully move this Court to enter the proposed Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, Setting Date for Hearing on Final Approval of Settlement, and Staying Non-Settlement Related Proceedings ("Preliminary Approval Order"), attached hereto as Exhibit A to the Stipulation.  The Preliminary Approval Order is sought for a settlement that was reached after years of litigation, was the result of arm's length negotiations led by an experienced mediator, and should be granted for these and other reasons as more fully set forth in the accompanying memorandum of law.

Respectfully submitted,

OHIO ATTORNEY GENERAL
MICHAEL DeWINE

MARKOVITS, STOCK & DEMARCO, LLC

---

[1] Capitalized terms not defined herein are as stated in the Stipulation of Settlement of Securities Action, dated May 7, 2013 ("Stipulation"), attached as Exhibit 1.

        s/ W.B. Markovits
        W.B. Markovits
        s/Joseph T. Deters
        Joseph T. Deters
        Paul M. De Marco
        Christopher D. Stock
        119 East Court Street, Suite 530
        Cincinnati, Ohio 45202
        Telephone: (513) 651-3700
        Facsimile: (513) 665-0219
        E-mail: bmarkovits@msdlegal.com
        E-mail: jdeters@msdlegal.com
        E-mail: pdemarco@msdlegal.com
        E-mail: cstock@msdlegal.com
        *Special Counsel for the Attorney General of Ohio and Lead Counsel for Lead Plaintiffs*

        BERNSTEIN LIEBHARD LLP
        Stanley Bernstein
        Jeffrey Lerner
        10 East 40th Street
        New York, New York 10016
        Telephone: (212) 779-1414
        Facsimile: (202) 298-7678
        Email: Bernstein@bernlieb.com
        Email: lerner@bernlieb.com
        *Special Counsel for the Attorney General of Ohio and Co-Lead Counsel for Lead Plaintiffs*

        COHEN MILSTEIN SELLERS & TOLL PLLC
        Daniel S. Sommers (D.C. Bar #416549)
        1100 New York Avenue, N.W.
        Washington, D.C. 20005
        Telephone: (202) 408-4600
        Facsimile: (202) 408-4699
        dsommers@cohenmilstein.com
        *Local Counsel for Lead Plaintiffs*

## CERTIFICATE OF SERVICE

      I certify that on May 7, 2013 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record in this matter who are registered on the CM/ECF.

                                               /s/ *Daniel S. Sommers*
                                               Daniel S. Sommers (D.C. Bar #416549)