## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | ) ) ) ) MDL No. 1668 |
| In Re Fannie Mae Securities Litigation | ) ) ) Consolidated Civil Action No.: 1:04-CV-01639 ) Judge Richard J. Leon ) |

## LEAD PLAINTIFFS' MEMORANDUM IN RESPONSE TO *IN FORMA PAUPERIS* APPLICATION OF KHADIJA DUMA

On January 29, 2014, Khadija Duma filed an "Application to Proceed in District Court Without Prepaying Fees or Costs." Lead Plaintiffs do not oppose this application.

        Respectfully submitted,

        MARKOVITS, STOCK & DEMARCO, LLC

        s/ W.B. Markovits
        W.B. Markovits
        s/Joseph T. Deters
        Joseph T. Deters
        Paul M. De Marco
        Christopher D. Stock
        119 East Court Street, Suite 530
        Cincinnati, Ohio 45202
        Telephone: (513) 651-3700
        Facsimile: (513) 665-0219
        E-mail: bmarkovits@msdlegal.com
        E-mail: jdeters@msdlegal.com
        E-mail: pdemarco@msdlegal.com
        E-mail: cstock@msdlegal.com

        *Special Counsel for the Attorney General of Ohio and Lead Counsel for Lead Plaintiffs*

BERNSTEIN LIEBHARD LLP
Stanley Bernstein
10 East 40th Street
New York, New York 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email: Bernstein@bernlieb.com
Email: lerner@bernlieb.com
*Special Counsel for the Attorney General of Ohio and Co-Lead Counsel for Lead Plaintiffs*

COHEN MILSTEIN SELLERS & TOLL PLLC
Daniel S. Sommers (D.C. Bar #416549)
1100 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
dsommers@cohenmilstein.com
*Local Counsel for Lead Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on February 4, 2013 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record in this matter who are registered on the CM/ECF, and by regular mail on Khadija Duma at 1840 Massachusetts Avenue, SE, Washington, D.C. 20003.

s/ Daniel S. Sommers
Daniel S. Sommers (D.C. Bar #416549)
COHEN MILSTEIN SELLERS & TOLL PLLC