# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | ) ) ) | MDL No. 1668 |
| | ) | |
| **In Re Fannie Mae Securities Litigation** | ) ) ) ) | Consolidated Civil Action No.: 1:04-CV-01639<br>Judge Richard J. Leon |

## LEAD PLAINTIFFS' NOTIFICATION OF FINAL DISTRIBUTION AND MOTION TO AUTHORIZE FEES AND EXPENSES

Lead Plaintiffs respectfully request that this Court approve payment of Lead Counsel's fees and expenses in the amount of $16,175.81, incurred in association with administering the Consolidated Action and Settlement from June 26, 2015 to the present, so that the Claims Administrator can make a Final Distribution under the terms of this Court's November 10, 2014 Class Distribution Order (Doc. No. 1137). Absent extraordinary circumstances, Lead Counsel do not intend to seek reimbursement beyond those sought in this Motion for any additional fees and expenses that will be incurred in finalizing this settlement.

The Settling Defendants have stated that they take no position on this motion, and will not be filing responses. A proposed Order and memorandum in support are attached.

Respectfully submitted,

MARKOVITS, STOCK & DEMARCO, LLC

s/ W.B. Markovits
W.B. Markovits
s/Joseph T. Deters
Joseph T. Deters
Paul M. De Marco
Christopher D. Stock
119 East Court Street, Suite 530
Cincinnati, Ohio 45202

Telephone: (513) 651-3700
Facsimile: (513) 665-0219
E-mail: bmarkovits@msdlegal.com
E-mail: jdeters@msdlegal.com
E-mail: pdemarco@msdlegal.com
E-mail: cstock@msdlegal.com

*Special Counsel for the Attorney General of Ohio and Lead Counsel for Lead Plaintiffs*


BERNSTEIN LIEBHARD LLP
Stanley Bernstein
10 East 40th Street
New York, New York 10016
Telephone:  (212) 779-1414
Facsimile: (212) 779-3218
Email:  Bernstein@bernlieb.com
*Special Counsel for the Attorney General of Ohio and Co-Lead Counsel for Lead Plaintiffs*

COHEN MILSTEIN SELLERS & TOLL PLLC
Daniel S. Sommers (D.C. Bar #416549)
1100 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
dsommers@cohenmilstein.com
*Local Counsel for Lead Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I certify that on September 23, 2016, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record in this matter who are registered on the CM/ECF.

s/ Daniel S. Sommers<br>
Daniel S. Sommers (D.C. Bar #416549)<br>
COHEN MILSTEIN SELLERS & TOLL PLLC