# EXHIBIT A

**Markovits, Stock & DeMarco, LLC**  
119 E. Court Street, Suite 530  
Cincinnati, OH 45202-1203 USA

Invoice No. **431**

| | |
|---|---|
| Tax I.D. No: | 32-0383382 |
| Telephone: | 513-651-3700 |
| Fax: | 513-665-0219 |

Ohio Attorney General  
30 East Broad Street, 17th Floor  
Columbus, OH 43215-3428 USA

DATE:   09 -14-2016

ATT:  
RE:   Class Distribution Motion            Matter:   12009-005

| DATE | DESCRIPTION | HOURS | AMOUNT | ATT INIT. |
|---|---|---|---|---|
| 06-26-15 | Phone calls and emails w/ Jose Fraga regarding late submitted claims, final numbers of claims approved and total recognized losses and descriptions in the GCG declaration; incorporated edits from Bernstein Liebhard & Cohen Milstein into the reserve distribution motion and memo; emails and phone calls with Bill Markovits re: the reserve distribution filing; phone calls w/ Cohen Milstein re: the size of the attachments and the filing; emails w/ Jose Fraga re: the 15 Disputed Claims; changed motion, memo in support, Markovits Declaration and Proposed Order to include all changes to the late approved claims and the total loss amounts; reviewed final fees and expenses to include in the filings; converted all documents to PDF and created exhibit to the Markovits Decl.; emailed PDFs of all the filing to Cohen Milstein for filing; emails w/ Bill Markovits to confirm completion of filings. | 4:00 | 1,800.00 | TRC |
| 06-29-15 | Emails with Diane Pendygraft regarding sending copies of the Reserve Distribution filings to the 15 Disputed Claims; reviewed list of 15 Disputed Claims; prepared disks for 15 Disputed Claimants. | 0:24 | 180.00 | TRC |
| 06-30-15 | Worked with Leah Presser to send copies of the Reserve Distribution filings to all 15 Disputed Claims | 0:12 | 90.00 | TRC |
| 07-06-15 | Reviewed Court Order regarding Reserve Distribution; reviewed emails regarding Reserve Distribution; discussion with Bill Markovits regarding the Reserve Distribution. | 0:18 | 135.00 | TRC |

| Date | Description | Time | Amount | Atty |
|---|---|---|---|---|
| | Phone call with Disputed Claimant regarding his receipt of letter and cd from our firm. | 0:06 | 45.00 | TRC |
| 07-09-15 | Discussions with Bill Markovits about potential for appeal from 15 Disputed Claims; phone call with Jose Fraga regarding the 15 Disputed Claims; phone call with Jose Fraga and Bill Markovits about settlement distributions; email to Bill Markovits regarding distributions. | 0:36 | 270.00 | TRC |
| | Drafted update to the Ohio AG regarding work done on Fannie Mae settlement from June 1, 2015 thought July 9, 2015. | 0:24 | 180.00 | TRC |
| | Discussions with Terry Coates regarding possible appeal from 15 Disputed Claims; phone call with Terry Coates and Jose Fraga regarding settlement distributions. | 0:24 | 280.00 | WM |
| 07-13-15 | Emails with Jose Fraga regarding distributing funds to class members; Discussions with Bill Markovits regarding the reserve distribution. | 0:18 | 135.00 | TRC |
| | Discussions with Terry Coates regarding the reserve distribution. | 0:12 | 140.00 | WM |
| 07-14-15 | Emails with Leah Presser and Bill Markovits regarding the Fannie Mae Securities Litigation domain name and potentially renewing the URL. | 0:18 | 135.00 | TRC |
| | Emails with Terry Coates regarding Fannie Mae webiste's domain name and URL renewal. | 0:12 | 140.00 | WM |
| 07-17-15 | Phone call with Jose Fraga regarding the reserve distribution and amounts to be paid to the authorized claimants; discussions with Leah Presser regarding distributing payments from the Key Bank accounts. | 0:30 | 225.00 | TRC |
| 07-20-15 | Worked with Leah Presser to determine the distributions under the reserve distribution order; reviewed bank records and previous emails for the original class distribution; reviewed wire transfer information; drafted email to Key Bank containing all wire | 1:12 | 540.00 | TRC |

| | | | | |
|---|---|---|---|---|
| | transfer and payment amount information. | | | |
| 07-22-15 | Reviewed voicemail from Jose Fraga regarding transferring roughly $50.00 back to the settlement fund; emails with Leah Presser regarding the settlement fund's wiring information. | 0:12 | 90.00 | TRC |
| 08-19-15 | Emails regarding class member phone inquiry. | 0:06 | 45.00 | TRC |
| 08-25-15 | Emails with GCG regarding class member phone call. | 0:06 | 45.00 | TRC |
| 09-15-15 | Review class member inquiry, phone call with class members regarding status of check | 0:06 | 45.00 | TRC |
| 09-22-15 | Phone call with Jose Fraga regarding distributions to date; reviewed Judge Leon's request for an update on distributions on the case; emails with Bill Markovits regarding distributions. | 0:24 | 180.00 | TRC |
| | Emails with Terry Coates regarding distributions. | 0:18 | 210.00 | WM |
| 09-23-15 | Emails with Terry Coates and Bill Markovits regarding Judge Leon's 9/22/2015 request for an update on distribution. | 0:18 | 195.00 | CDS |
| | Emails with Bill Markovits and Chris Stock regarding Judge Leon's 9/22/2015 request for an update on distributions; reviewed email from Jose Fraga regarding distributions; drafted joint update on distributions to date and emailed to Bill Markovits and Jose Fraga for review. | 1:18 | 585.00 | TRC |
| | Emails with Terry Coates and Chris Stock regarding Judge Leon's 9/22/2015 request for an update on distribution. | 0:18 | 210.00 | WM |
| 09-24-15 | Reviewed settlement account details from Key Bank; discussions with Lean Presser regarding what to include in chart in the joint update distribution update for the court; phone call with Jose Fraga about | 0:36 | 270.00 | TRC |

| Date | Description | Time | Amount | Atty |
|---|---|---|---|---|
| | claims/distribution update. | | | |
| 09-25-15 | Emails with Leah Presser regarding changes to the draft joint motion; made edits to draft joint motion; phone call with Jose Fraga regarding projected timetable for second distribution; phone call with Bill Markovits regarding draft joint update; emails with Bill Markovits and Leah Presser about draft document. | 1:00 | 450.00 | TRC |
| | Phone call and emails with Terry Coates regarding draft joint update. | 0:18 | 210.00 | WM |
| 09-29-15 | Reviewed emails from defendants and Bill Markovits regarding settlement; discussions with Leah Presser about finalizing joint status report; revised draft of joint status report; reviewed draft before sending to Dan Sommers for filing. | 0:30 | 225.00 | TRC |
| | Emails with defendants and Terry Coates regarding settlement. | 0:18 | 210.00 | WM |
| 10-14-15 | Follow up on Fannie Mae Jones call. | 0:45 | 525.00 | WM |
| 11-09-15 | Deal with Fannie Mae Jones complaint. | 0:45 | 525.00 | WM |
| 11-10-15 | Letter to Ms. Jones | 0:30 | 350.00 | WM |
| 12-09-15 | Reviewed potential class member email and inquiry about status of distribution; phone call response to potential class member. | 0:18 | 135.00 | TRC |
| 12-10-15 | Phone call with potential class member regarding status of claim. | 0:12 | 90.00 | TRC |
| | Phone call with Jose Fraga re. update for conference tomorrow | 0:18 | 210.00 | WM |
| 12-11-15 | Attended Fannie hearing in D.C. | 1:30 | 1,050.00 | WM |
| 01-04-16 | Review of class members' inquiry regarding settlement; emails with GCG. | 0:12 | 90.00 | TRC |
| 01-14-16 | Review inquiries from potential class members regarding status of claims. | 0:24 | 180.00 | TRC |
| 01-19-16 | Response letter to class member inquiry regarding claim status. | 0:24 | 180.00 | TRC |

| Date | Description | Time | Amount | Atty |
|---|---|---|---|---|
| 02-04-16 | Phone call with Jose Fraga and Bill Markovits regarding final distribution. | 0:06 | 45.00 | TRC |
| | Emails with Terry Coates regarding final distribution. | 0:06 | 70.00 | WM |
| 02-09-16 | Inquiries about settlement distribution. | 0:06 | 45.00 | TRC |
| 07-05-16 | Emails to co-counsel re next distribution; discussions with claims administrator re same. | 1:00 | 700.00 | WM |
| | Additional emails regarding next distribution; follow-up discussions with claims administrator regarding the next/final distribution | 1:00 | 700.00 | WM |
| 07-08-16 | Emails re disbursements to parties; telephone calls claims administrator re disbursement. | 0:48 | 560.00 | WM / WM |
| | Further emails re disbursements; additional telephone calls re disbursement. Reviewed final distribution. | 0:42 | 490.00 | WM |
| 02-16-16 | Reviewed email from Jose Fraga regarding final distribution. | 0:06 | 45.00 | TRC |
| 07-18-16 | Emails with KeyBank regarding wiring instructions for GCG and getting the final distribution funds send to GCG for preparation of the final distribution. | 0:24 | 180.00 | TRC |
| 07-19-16 | Additional emails with KeyBank and Jose Fraga regarding the Final Distribution. | 0:36 | 270.00 | TRC |
| 07-21-16 | Reviewed the procedure for notifying the court of the final distribution and applying for the same. | 0:36 | 270.00 | TRC |
| | Phone call with Bill Markovits regarding next distribution. | 0:18 | 135.00 | TRC |
| | Phone call with Terry Coates regarding next distribution. | 0:18 | 210.00 | WM |
| 07-26-16 | Phone call and email with Jose Fraga regarding class distribution. | 0:12 | 90.00 | TRC |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| 07-27-16 | Discussion with Bill Markovits regarding latest class distribution filing. | 0:12 | 90.00 | TRC |
| | Drafted motion for final distribution, memo in support, proposed order, and Markovits declaration; emailed the same to Bill Markovits for review. | 1:30 | 675.00 | TRC |
| | Discussion with Terry Coates regarding latest class distribution filing. | 0:12 | 140.00 | WM |

ATTORNEY SUMMARY:

| | | | | | | |
|---|---|---|---|---|---|---|
| CDS | Christopher D. Stock | Partner | 0:18 | Hrs | $650.00/hr | $195.00 |
| TRC | Terence R. Coates | Partner | 18:18 | Hrs | $450.00/hr | $8,235.00 |
| WM | W.B. Markovits | Partner | 10:10 | Hrs. | $700.00/hr | $6,930.00 |
| | | Total | 28:30 | Hrs. | | $15,360.00 |

DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| | PACER (access to court records) | 2.30 |
| | Research (Westlaw) | 12.07 |
| | Postage | 21.30 |
| Nov-06-15 | Delivery/Courier - FedEx to Judge Leon | 26.17 |
| Dec-08-15 | Travel - flight to D.C. for 12/10/15 status conference | 232.70 |
| Dec-14-15 | Travel - taxi in D.C. for 12/11/15 status report | 20.00 |
| | Meal - water in D.C. for 12/11/15 status report | 3.72 |
| Jan-13-16 | Travel – taxi during 12/10/15 travel for status conference | 10.26 |
| | Travel - Airline fees during 12/10/15 travel to D.C. for status conference | 50.00 |
| | Travel - parking at airport during 12/10/15 travel for status conference | 30.00 |
| | Travel - taxi during 12/10/15 travel for status conference | 20.93 |
| | Travel - Hotel during 12/10/15 travel for status conference | 287.51 |
| | Meal in D.C. during 12/10/15 travel for status conference | 17.08 |
| | Meal (Bill Markovits and Dan Sommers) in D.C. during 12/10/15 travel for status conference | 55.40 |
| | FedEx to D.C. during 12/10 travel for status conference | 26.37 |
| | **Total Disbursement** | **$815.81** |
| | **Total Fees & Disbursements** | **$16,175.81** |